LODGED

JUN 27 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-77-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO QUASH AND RE-ISSUE SUMMONS |
| JOHN HENRY SCHNEIDER, | |
| Defendant. | |

Upon Petition of Colin M. Rubich, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Summons issued to John Henry Schneider is QUASHED.

IT IS FURTHER ORDERED that the Clerk of Court re-issue a Summons to appear for arraignment to John Henry Schneider at the address of: 543 Camino De Orchidia, Encinitas, CA 92024-3817.

DATED this \_\_\_\_ day of June, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1