JOHN E. SMITH
COLIN M. STEPHENS
Smith & Stephens, P.C.
315 W. Pine
Missoula, MT 59802
Phone: (406) 721-0300
john@smithstephens.com
colin@smithstephens.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HENRY SCHNEIDER,<br><br>Defendant | Cause No. CR 17-77-BLG-SPW<br><br>**UNOPPOSED MOTION TO CONTINUE ALL DEADLINES** |
|---|---|

Defendant, John Henry Schneider, by and through counsel John E. Smith and Colin M. Stephens, Smith & Stephens, P.C., hereby respectfully moves this Court to continue all dates set in this Court's Scheduling Order dated October 12, 2017.  (Dkt. No. 24).

Counsel for the Government has been contacted regarding this Motion and **does not object.**

Further argument and support for this Joint Motion is set forth in the accompanying Brief in Support filed contemporaneously herewith.

Respectfully submitted this 17th day of October, 2017.

| | |
|---|---|
| /s/ Colin M. Stephens | /s/ John E. Smith |
| Colin M. Stephens | John E. Smith |
| SMITH & STEPHENS, P.C. | SMITH & STEPHENS, P.C. |
| Co-Counsel for Defendant | Co-Counsel for Defendant |