JOHN E. SMITH
COLIN M. STEPHENS
Smith & Stephens, P.C.
315 W. Pine
Missoula, MT 59802
Phone: (406) 721-0300
john@smithstephens.com
colin@smithstephens.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JOHN HENRY SCHNEIDER, Defendant | Cause No. CR 17-77-BLG-SPW  **UNOPPOSED MOTION TO CONTINUE ALL DEADLINES** |
|---|---|

Defendant, John Henry Schneider, by and through counsel John E. Smith and Colin M. Stephens, Smith & Stephens, P.C., hereby respectfully moves this Court to continue all dates set in this Court's Scheduling Order dated October 18, 2017. (Dkt. No. 28).

Counsel for the Government, AUSA Colin M. Rubich, has been contacted regarding this Motion and **does not object.**

Further argument and support for this Motion is set forth in the accompanying Brief in Support filed contemporaneously herewith.

Respectfully submitted this 19th day of January 2018.


/s/ John E. Smith
John E. Smith
SMITH & STEPHENS, P.C.
Co-Counsel for Defendant

/s/ Colin M. Stephens
Colin M. Stephens
SMITH & STEPHENS, P.C.
Co-Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| Colin M. Rubich<br>Assistant United States Attorney<br>United States Attorney's Office | [ x] CM/ECF |
| John Henry Schneider<br>Defendant | [x] Email |