JOHN E. SMITH
Smith & Stephens, P.C.
315 W. Pine
Missoula, MT 59802
Phone: (406) 721-0300
john@smithstephens.com

    *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 17-77-BLG-SPW |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S UNOPPOSED MOTION TO CHANGE PLEA** |
| JOHN HENRY SCHNEIDER, | |
| Defendant | |

    Defendant, John Henry Schneider, moves through his counsel John E. Smith to change his plea of not guilty to a plea of guilty to Count III of the Indictment.  Dr. Schneider has entered into a plea agreement with the United States that will be filed separately once it has been executed by the government.  Assistant United States Attorney Colin Rubich has been informed of Dr. Schneider's intention to plead guilty and registers no objection to this motion.

Dr. Schneider requests the Court schedule the change of plea hearing for a date that will provide him with at least two weeks notice. This will allow him to purchase his plane ticket at a more reasonable rate than otherwise.

Respectfully submitted this 26th day of March 2018.

/s/ John E. Smith
Smith & Stephens, P.C.
*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March 2018, a copy of the foregoing document was served on the following persons by the following means:

Colin M. Rubich [ x] CM/ECF
Assistant United States Attorney
United States Attorney's Office

John Henry Schneider [x] Email
Defendant