

FILED

MAR 26 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HENRY SCHNEIDER,<br><br>Defendant. | CR 17-77-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 32) on March 26, 2018,

**IT IS HEREBY ORDERED** that the trial set for April 9, 2018 is **VACATED**.

**IT IS FURTHER ORDERED** that a change of plea hearing is set for **Wednesday, April 18, 2018 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.   The time between March 26, 2018 and April 18, 2018 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

**IT IS FURTHER ORDERED** that the executed plea agreement shall be filed with the Court on or before **April 13, 2018**.

DATED this 26th day of March, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE