*Exhibit A*

# University of Southern California

The Trustees of the University by virtue of the authority vested in them and on the recommendation of the faculty of

## The School of Medicine

have conferred the degree of

## Doctor of Medicine

on

## John Henry Schneider, Jr.

who has successfully completed the requirements

Given at Los Angeles, in the State of California, on the eighth day of May, in the year one thousand nine hundred and eighty-seven



James W. Zumberge
President of the University

Geo. T. Shafer
Chairman of the Board of Trustees







# SENIOR RESIDENT AWARD

# JOHN SCHNEIDER, M.D.

For

Excellence in Teaching

and

Outstanding Leadership

From

The Internship Class of 1994



University of Southern California

Los Angeles County Hospital

USC
UNIVERSITY
OF SOUTHERN
CALIFORNIA

Keck School of Medicine
University of Southern California

**Department of
Neurological Surgery**

Steven L. Giannotta, M.D.
Chairman

Arun P. Amar, M.D.
Michael L. J. Apuzzo, M.D.
Thomas C. Chen, M.D., Ph.D.
John Peter Gruen, M.D.
Patrick C. Hsieh, M.D.
Mark D. Krieger, M.D.
Donald W. Larsen, M.D.
Stefan M. Lee, Ph.D.
Mark A. Liker, M.D.
Charles Y. Liu, M.D., Ph.D.
William J. Mack, M.D.
J. Gordon McComb, M.D.
Martin H. Weiss, M.D.
Cheng Yu, Ph.D.
Gabriel Zada, M.D.

Verification of Postgraduate Training: Neurological Surgery

**Re:    John Henry Schneider, M.D.
            DOB: 10/21/1961**

Sponsoring Institution:
LAC+USC Medical Center
1200 N State Street
Los Angeles, CA 90033

PGY1
6/24/1987 – 6/23/1988
Successfully completed an internship year in Surgery

PGY2-6
7/1/1988-6/30/1993
Successfully completed Neurosurgery Residency

PGY7
7/1/1993-6/30/1994
Successfully completed Neurosurgery Chief Residency Year

If you have any questions or require further information please do not
hesitate to contact my office.

Sincerely yours,

Steven L. Giannotta, M.D.
Program Director
Professor and Chair

Academic Office
1200 North State Street
Suite 3300
Los Angeles,
California 90033
Tel 323 226 7421
Fax 323 226 7833
neurosurg@usc.edu
www.usc.edu/medicine
neurosurgery

Los Angeles County

+

University of Southern California

# Medical Center

Hereby Certifies that

# John Henry Schneider, Jr., M.D.

has served faithfully and satisfactorily as a Chief Resident Physician in Neurological Surgery

at this Medical Center from July First, 1993 to June Thirtieth, 1994

In Testimony Whereof this Diploma is granted this Thirtieth day of June, 1994






BOARD OF SUPERVISORS/COUNTY OF LOS ANGELES



# THE AMERICAN BOARD OF

# NEUROLOGICAL SURGERY

HEREBY CERTIFIES THAT

## John Henry Schneider, Jr., M.D.

HAS FULFILLED THE REQUIREMENTS OF

THIS BOARD FOR CERTIFICATION IN

NEUROLOGICAL SURGERY

November 13, 1997

CHAIRMAN

VICE-CHAIRMAN

SECRETARY

97106



# Honorable Discharge

from the Armed Forces of the United States of America

*This is to certify that*

JOHN H. SCHNEIDER, 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, MAJ, USAFR

*was Honorably Discharged from the*

# United States Air Force

on the 5TH day of FEBRUARY 2001 *This certificate is awarded*
*as a testimonial of Honest and Faithful Service*

Laura C. Counts
Laura C. Counts, Col, USAF
Commander
Air Reserve Personnel Center

DD FORM 256 AF
1 NOV 51

THIS IS AN IMPORTANT RECORD — SAFEGUARD IT!

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| SCHNEIDER JOHN HENRY JUNIOR | AIR FORCE -- USAFR | 562 33 0790 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| MAJ | O4 | 611021 | Year 2003 Month Jul Day 05 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| BURBANK, CA | BURBANK, CA |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8 b. STATION WHERE SEPARATED |
|---|---|
| 59 MEDICAL WG (AETC) | LACKLAND AFB TX |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| USAFR | Amount: $ 200,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| T04533F-Surgeon, Neurological, 3 years. | a. Date Entered AD This Period | 1994 | Jul | 05 |
| | b. Separation Date This Period | 1997 | Jul | 11 |
| | c. Net Active Service This Period | 03 | 00 | 07 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 11 | 01 | 10 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1994 | Jul | 05 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| Air Force Achievement Medal, Air Force Outstanding Unit Award, Air Force Training Ribbon. |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| Health Profession Officer Indoctrination Course, 4 wks, Mar 84. Military Indoctrination Medical Service Orientation, 4 wks, Aug 94. |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID 0.0 |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X No |
|---|---|---|

| 18. REMARKS |
|---|
| Member has completed first full term of service. Member subject to recall to active duty and/or annual screening. NOTHING FOLLOWS |
| Data herein are subject to computer matching within DoD or with other agencies for verification purposes and determining eligibility or compliance for Federal benefits. |

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - Include Zip Code) |
|---|---|
| 26533 LIMESTONE RIDGE SAN ANTONIO TX 78255 | MICHELLE SCHNEIDER 26533 LIMESTONE RIDGE SAN ANTONIO TX 78255 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (X) DIR. OF VET AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | ROBERT D. MARTIN, GS-00, DAFC Chief, Retirements/Separations |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
| RELEASE | HONORABLE |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
| AFI 36-3207 | MGQ | NOT APPLICABLE |
| 28. NARRATIVE REASON FOR SEPARATION | | |
| INTRADEPARTMENTAL TRANSFER | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD | | 30. MEMBER REQUESTS COPY 4 |
| NONE | | Initials |

# American Association of Neurological Surgeons

founded in 1931

The Harvey Cushing Society

recognizes

# John H. Schneider Jr., MD, FAANS

as a Fellow of the American Association of Neurological Surgeons

effective

July 18, 2010



American
Association of
Neurological
Surgeons

President: James T. Rutka, MD, PhD, FAANS, FRCS(C)

Secretary: William T. Couldwell, MD, PhD, FAANS

*Exhibit B*

UNIVERSITY OF CALIFORNIA, SAN DIEGO                                          UCSD

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

Division of Neurosurgery                                          Division of Neurosurgery
UCSD Medical Center                                                 UCSD Medical Center
                                                          200 West Arbor Drive, Mailcode 8893
                                                                San Diego, California 92109
                                                                   Tel +1 619 543 5540
                                                                   Fax +1 619 543 2769


To:        Honorable Susan P Watters
           Federal District Court judge
           James Battin Federal Court House
           2601 2nd Avenue North

From       Michael L. Levy, MD, PhD
           7910 Frost Street
           Suite 120
           San Diego, CA 92123
           (858) 966-8574
           Fax (858) 966-7930


                                                          **April 15, 2018**


RE: The United States of America verses John Henry Schneider


Dear Honorable Judge Watters;


I have become aware of the upcoming sentencing regarding John Henry
Schneider, MD and wanted to add my perspective to the milieu.

I initially met John in July of 1986. He was a highly motivated medical
student at the University of Southern California interested in the field of
Neurological Surgery.  Given his diligence, integrity, and significant work
ethic, he was our 1st choice for the residency program in 1987 (in a pool of
over 220 extremely qualified candidates) at which point he joined me as a
co-resident.


                                                          1 | P a g e

UNIVERSITY OF CALIFORNIA, SAN DIEGO                                     UCSD

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO     SANTA BARBARA • SANTA CRUZ



Division of Neurosurgery                                        Division of Neurosurgery
UCSD Medical Center                                               UCSD Medical Center
                                                          200 West Arbor Drive, Mailcode 8893
                                                                 San Diego, California 92109
                                                                    Tel +1 619 543 5540
                                                                    Fax +1 619 543 2769

I spent the following 6 years working closely with John on the neurosurgical service at the County Hospital in Los Angeles. This was prior to resident work hour restrictions and it was not abnormal for John to work over 110 hours each week. The difficulty of our training is unfathomable to most and can severely impact those involved in a 7 year program. Over the past years we have lost two co-residents to suicide and another to a drug overdose. A great deal of time, effort, and expense is required to create the very best of surgeons at that facility. John was extraordinarily proficient as a neurosurgical resident and his integrity was without question. He actually had a gun placed to his head and was robbed while working at the county facility one evening.

I probably will never be able to understand what led John to make the poor decision that has involved him in the current legal action. What I can say, having known him over 30 years, is that he was trained to believe that hard work has its merits. He was trained to believe that we treat our patients, peers, and all individuals with integrity and respect. He was trained to not only survive but thrive with the most minimal of resources available. John's decisions are also based upon the belief that he must do what it takes to protect and provide for his family whom he holds very dear.

John is an extraordinarily talented physician. It is difficult to describe the amount of good that he can do for his community if given the chance. I apologize for knowing very little about the law with respect to his current predicament. What I do know is that if he were given the capacity to function as a physician, caring for individuals at any level and in any capacity, he could repay those economic and societal debts resulting from the current legal case. I believe that in promoting such, you would be proud of his successes in caring for others and repairing his debts. You would also be contributing to the future of a worthwhile individual who, as a physician, is capable of so many potential contributions to his patients and society in general.

UNIVERSITY OF CALIFORNIA, SAN DIEGO                                UCSD

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO        SANTA BARBARA • SANTA CRUZ



Division of Neurosurgery                                            Division of Neurosurgery
UCSD Medical Center                                                UCSD Medical Center
                                                                   200 West Arbor Drive, Mailcode 8893
                                                                   San Diego, California 92109
                                                                   Tel +1 619 543 5540
                                                                   Fax +1 619 543 2769

I apologize in being so forward as to make these suggestions. I know John extraordinarily well. I have an absolute understanding of the training required to allow him to care for others. I see the potential for so much good to come out of this cancer that he has become involved with.

Please contact me should you have any further questions regarding this or any other matters.

Sincerely,

Michael L. Levy, MD, PhD.
Professor and Head, Division of Pediatric Neurosurgery
Rady Children's Hospital of San Diego
UCSD School of Medicine, Division of Neurosurgery

*Exhibit C*



**DRAMA IN REAL LIFE**

## SAVED BY STRANGERS
PAGE 80

## DEFENSELESS AGAINST MISSILE TERROR
PAGE 102

## WHAT COLLEGES REALLY LOOK FOR
PAGE 11

October 1996    $1.99

# Reader's Digest

*World's most widely read magazine*
*Over 27 million copies in 19 languages bought monthly*

**BOOK SECTION**   **JOHN PAUL II AND THE HIDDEN HISTORY OF OUR TIME**

| | | |
|---|---|---|
| | *Carl Bernstein and Marco Politi* | 50 |
| Migrants of the Sky | *"Chesapeake Bay Goose Music"* | 58 |
| Big Labor's Big Bucks | *Rowland Evans & Robert Novak* | 64 |
| Why You Need a Flu Shot | | |
| | *"Jane Brody's Cold and Flu Fighter"* | 71 |
| Here Comes the Millennium! | | |
| | *Philadelphia Inquirer Magazine* | 76 |
| Saved by Strangers | *Drama in Real Life* | 80 |
| History Hollywood Style | *Randy Fitzgerald* | 89 |
| One Boss in a Million | *Peter Michelmore* | 94 |
| Can You Name These TV Couples? | *Photo Quiz* | 100 |
| Defenseless Against Missile Terror | *Ralph Kinney Bennett* | 102 |
| First Do No Harm | *Philadelphia* | 109 |
| Curtains Up | *"Home Again, Home Again"* | 115 |
| My War With a Smoke-Free Killer | *Bill Tuttle* | 120 |
| That's Outrageous! | *Daily News, et al.* | 126 |
| No Place to Hide | *Rudolph Chelminski* | 129 |
| You Can Raise Your Child's I.Q. | | |
| | *Edwin Kiester, Jr., and Sally Valente Kiester* | 137 |
| Heroes for Today | *New York Times, et al.* | 142 |
| When Two Hands Meet | *Kenneth O. Gilmore* | 145 |
| Winslow Homer: An American Vision | *Art Feature* | 152 |
| Lotto Fever: Even the Winners Lose | *Money* | 157 |
| What's in a Name? | *Smithsonian* | 165 |
| Easy Ways to Avoid an Argument | *"Tongue Fu!"* | 175 |
| Promissory Notes | *Yankee* | 181 |

What College-Admissions Officers
Really Look For, 11 ▪ Look Better From Behind, 23
The Admiral of Halloween, 37

Quotable Quotes, 21 ▪ Points to Ponder, 35 ▪ All in a
Day's Work, 45 ▪ Laughter, the Best Medicine, 69
Life in These United States, 87 ▪ Campus
Comedy, 107 ▪ Personal Glimpses, 118
News of Medicine, 135 ▪ Notes From
All Over, 149 ▪ Word Power, 169

DRAMA IN REAL LIFE®

The driver watched in shock as the big rock hurtled toward the other car's windshield

# Saved by Strangers

BY JOHN PEKKANEN

As she drove home along Route 1604, which rings San Antonio, Air Force Capt. Margaret Herring, 35, savored the beauty of the Texas countryside—the afternoon sunlight glinting off amber fields of waist-high grass lining the road.

That Thursday, May 11, 1995, Herring had just finished work at Kelly Air Force Base, where she was chief of education services, and she looked forward to being home soon with her husband Mike, 40, and their two children, Mack, four, and Cammie, two.

Cruising at close to 45 miles per hour on a straight stretch of road, Herring took little notice of a dump truck approaching from the opposite direction. Suddenly a cantaloupe-size rock tumbled from the truck's load. It bounced high off the pavement, directly into the path of her blue 1991 Honda Accord. At an impact speed of nearly 100 m.p.h.,

80

PHOTO ILLUSTRATION: DAVID LOEW

the stone exploded through the Honda's windshield, slamming into the left side of Herring's head. The time was 5:06 p.m. The truck driver, apparently unaware of what had happened, kept going.

**F**OR THE ENTIRE school year Noelia Guajardo's second-grade class had been saving for a trip to San Antonio's Sea World. Unfortunately the youngsters hadn't been able to raise enough money to charter a bus. Guajardo, other teachers and some parents volunteered to drive the children themselves. Guajardo's friend, Marlon McAllister, a 41-year-old massage therapist, offered his car and came along.

The trip to Sea World was a big success. When it came time to leave, however, the three children traveling with Guajardo and McAllister begged to feed the dolphins one last time. Finally they left at about 4:45 p.m.—long after the rest of the class.

Rush-hour traffic was already heavy as Guajardo steered onto Route 1604, soon heading north behind a blue Honda. Then suddenly she saw a large, rock bounce on the pavement ahead of the Honda and smash into it. The Honda came to a brief stop. Looking into the car as she passed slowly by, Guajardo at first thought the driver was okay. But then, as the Honda swerved to the side of the road, she saw the woman had been hit by the rock, Guajardo drew back in horror.

"That lady's hurt!" Guajardo screamed.

"Stop the car!" McAllister shouted. Leaping from the back seat, he sprinted toward the Honda, which rolled to a stop 40 yards from the road. McAllister gasped when he saw the blood-splattered interior. The left side of the woman's skull was caved in from ear to eye socket. Blood flowed from the gaping wound. He pulled off his T-shirt, folded it into a compress and held it against the injury.

**J**OE CORCORAN, a 48-year-old registered nurse, was driving toward the San Antonio home of his fiancée. In the six years they'd been dating, he'd driven there hundreds of times, but he'd never once taken Route 1604. Yet for no particular reason, that's the road he chose on this day, May 11.

Suddenly a woman ran out waving her arms in front of his pickup truck. Corcoran slammed on his brakes.

"We need help!" Noelia Guajardo implored. "Someone's been hurt."

Corcoran drove his truck as far as he could through the thick grass, then ran to Herring's car. "How bad is it?" he asked McAllister.

The massage therapist lifted his bloody T-shirt from Herring's skull. *My God!* Corcoran thought. *I can see her brain!*

Corcoran climbed into the passenger's seat. With a pocketknife he cut Herring's seat belt, reclined her seat, then cradled her head and neck in his hands. Keeping her head and neck supported, he knew, could prevent a paralyzing spinal injury and would also help keep her airway clear. Suddenly Herring's eyes opened.

"My head hurts so bad," she murmured.

"Just hang on," Corcoran encouraged. "We're getting help."

Herring closed her eyes. Once more, she was unconscious.

Moments later her back arched, and her arms and legs began thrashing wildly. Corcoran knew this was a physical response to her brain injury. "We've got to keep her steady," he said, holding her head and neck. McAllister held her arms. The thrashing soon ended.

They were doing all they could to keep her alive, yet Corcoran knew this wasn't enough. Years earlier he'd rushed to the aid of a young, critically injured man at another highway accident. Corcoran did all he could, but medical help didn't arrive in time. He held the young man in his arms and watched as his life slipped away.

He didn't want this to happen again. *We've got to get you to a hospital fast,* he thought.

**M**IKE HERRING had started dinner a little after 5 p.m. Margaret usually arrived home by 5:15. He knew she'd be on time. Thursday was his night to throw darts in a local league, and Margaret was always home in time to take care of the kids.

The two had met in Korea in 1988, when they were stationed at Osan Air Base. They were married that October.

In September 1993, when Mike completed 20 years of service, he retired. That same month, Margaret was assigned to Kelly Air Force Base. Mike

enrolled at the University of Texas at San Antonio, planning to become a technical writer. For both Mike and Margaret, life was going well.

**D**EPUTY SHERIFF Francisco Gonzalez was driving on Route 1604 when he noticed several cars had pulled off. He pulled over.

"A woman's been hurt," someone shouted.

Gonzalez radioed for an ambulance, then waded through the tall grass toward Herring's car.

"This woman's critically injured," Corcoran said. "She needs to be airlifted."

"My God!" Gonzalez said when he saw the wound. "We have a life-threatening situation here," he shouted into his radio. "We need AirLife!"

Moments later an ambulance arrived. Paramedic Conrad Gonzales quickly examined Herring. After putting in the call to dispatch Air-Life, which was on standby, Gonzales motioned to the others. "Let's get her out of the car," he shouted.

Before moving Herring, Gonzales immobilized her head, neck and spine with a cervical collar. As he did, she again regained consciousness. "My daughter. Where's my daughter?" Herring asked before losing consciousness once more. Although her speech was disoriented, Gonzales was amazed that in spite of the seriousness of her injury, she was actually talking to him. In his 15 years of helping accident vic-

tims, he'd never seen a case like this. Corcoran and McAllister helped maneuver a backboard through the driver's-side door. As they lifted Herring onto the board, though, she again became combative, flailing her arms and legs. They restrained her and angled her through the car door. Setting her down on a wheeled stretcher, they heard the distant throb of the AirLife helicopter.

Corcoran looked at Herring. Now she was turning grayish-blue. *We're losing her,* he thought.

Gonzales grabbed his radio. "Get the succs ready," he said to flight paramedic Jim Kadric. Succinylcholine was a drug that would temporarily paralyze Herring so paramedics could put a tube down her throat and into her lungs. This would bring life-giving oxygen to her brain.

At 5:27, 21 minutes after the accident, the helicopter touched down. Jim Kadric and flight nurse Diana Montez rushed to Herring. After the succinylcholine was injected, Montez held Herring's head steady and Kadric slid the breathing tube down her throat.

As oxygen flooded into Herring's lungs, her color returned. Then she was loaded onto the helicopter and flown to nearby Wilford Hall Medical Center, the nation's premier Air Force hospital.

**J** OHN SCHNEIDER, a 33-year-old neurosurgeon, sat patiently in a shoe store as his eight-month-old daughter Shannon squirmed in his arms. His wife Michelle was trying a new pair of shoes on their 1½-year-old son Brandon. At 5:40 p.m., his pager sounded.

"We have a major head trauma," the dispatcher said. "AirLife has an ETA of 5:45."

Schneider handed Shannon to his wife. "I've got an emergency."

Schneider made the ten-mile drive through rush-hour traffic in just over ten minutes. In the emergency room he immediately noticed Herring's uniform. *One of our own,* he thought.

The hospital's CAT scanner showed that two jagged pieces of Herring's skull had been driven deep into the left temporal lobe of her brain. Equally alarming: there was a blood clot in her brain. This clot, combined with the swelling of the injured brain tissue, was cutting away the fragile thread that kept Herring alive.

As Herring was wheeled toward the operating room, her blood pressure suddenly rose. *She's herniating down into her brain stem,* Schneider realized. The brain stem is the control center for the body's most vital functions: blood pressure, heart rate and breathing. *She could die in minutes.* Then Herring's heartbeat slowed. *No time to scrub,* Schneider thought, pulling on surgical gloves. There wasn't even time for making a surgical entry into Herring's brain. He'd have to go the fastest way possible: through the injury itself.

Deep inside Herring's brain, Schneider located the blood clot. As he suctioned it out, her heart rate and blood pressure slowly returned to normal.

With Herring stabilized, Schnei-

der walked to the scrub sink. *Now comes the real challenge,* he thought.

**M** IKE HERRING was getting annoyed. It was 6 p.m., and Margaret was late. Just as he finished dinner, the phone rang.

The caller was Joe Corcoran. "I just stopped to help at an accident on 1604. The woman was wearing military fatigues and driving a blue Honda. Her name was Margaret Herring. Has anyone told you about this?"

"No," Mike said in a tight voice. "How badly is she hurt?"

"It could be serious. I think they took her to Wilford Hall."

"Oh, God!" Mike gasped.

After dropping off Cammie and Mack with a neighbor, Mike raced his car along 1604 toward the hospital. Less than ten minutes from home, he saw Margaret's Honda off the side of the road. He pulled over and ran to it, glancing quickly at the broken windshield and bloodsplattered interior. Then he noticed Margaret's smashed glasses on the front seat. A chill swept over him.

Back in his car, Mike raced toward Wilford Hall. One thought echoed through his mind: *I can't lose Margaret.*

THE LEFT SIDE of Margaret Herring's skull looked like a potato chip crushed by a hammer. Bone fragments, gravel and dirt were scattered through the injury. At its center was a hole more than three inches in diameter that opened to her brain. Of most concern to Dr. Schnei-

der, however, was her left temporal lobe. Besides the two chunks of skull embedded there, a blackened, prune-size area had been destroyed. This was where language, face recognition and memory were mainly based.

Moving with utmost delicacy, Schneider enlarged the hole in Herring's skull. He carefully plucked out bone fragments and gravel, and cut away destroyed brain tissue. He cringed at the damage. *She may never talk again,* he thought.

Schneider collected more than 50 bone fragments. However, only 22 were large enough to use in reconstructing her skull.

The orbital bone around Herring's left eye had been completely shattered. He couldn't find orbital bone fragments big enough to rebuild the socket, so he took a fragment from her skull. It proved a good fit.

Like assembling a jigsaw puzzle, Schneider matched bone fragments to the jagged gaps in her skull. Once he had these in place, he attached them to one another with titanium plates and screws.

There weren't enough bone fragments to cover the hole in Herring's skull, so he tapped a chisel-like instrument against undamaged areas of her skull. This shaved off small segments of bone. He could do this safely because the skull had two hard surfaces, with a softer core in between. He removed the shavings only from the outer surface. Piece by piece, he repaired the last remaining openings in the skull.

At 1 a.m., six hours after surgery began, Margaret was wheeled to the

85

84

READER'S DIGEST • OCTOBER 1996

intensive care unit. Moments later Schneider faced Mike Herring in the waiting room. "We've reconstructed her skull," the surgeon said. "But she's suffered a serious brain injury."

"How serious?" Mike asked.

"Only time will tell."

To Mike, the fact that Margaret was alive was miracle enough. He thanked Schneider, then walked to the ICU. Leaning over his wife's bed, Mike gently squeezed her hand. "I love you," he said. Margaret showed no glimmer of recognition. *Please come back to me, Margaret,* Mike pleaded.



Margaret Herring today

ON FRIDAY, the day after her accident, Margaret stirred for the first time. Dr. Schneider watched her closely. Would she be able to move her arms and legs? When she did, he breathed a sigh of relief.

The joy that he and others felt, however, was muted by the looming possibility of irreversible brain damage. One question haunted Mike as he stood vigil at her bedside. *Will Margaret still be Margaret?*

On Saturday she made signs that she was trying to communicate. "Do you want something to write on?" Mike asked. Margaret blinked.

Mike held up a clipboard and handed her a pen. The letters were shaky, but her message was clear: "Where's Mom and Dad?"

Tears of relief flooded Mike's eyes. "They went out to eat," he said. "They'll be back in a few minutes."

Margaret blinked again, and Mike held the clipboard for her. "Aren't you going to give me a kiss?" she wrote.

Mike felt a wave of joy as he leaned over and kissed his wife.

BY THE END of August, less than four months after the accident, Margaret Herring resumed her full-time duties at Kelly Air Force Base. Her recovery stunned her doctors.

Even so, Herring still could not recall any details of the accident. The more she heard about it, however, the more she came to appreciate the skill and courage of the strangers who'd helped her.

"Something terrible happened to you that day," Dr. Schneider told her. Then he thought of the trained people who, by extraordinary coincidence, were driving that road and stopped to help. "But something miraculous happened too."

## Counter Culture

SHOPPING FOR A COMPUTER for my son, I asked the clerk if the store honored credit cards.

"Honor them?" he said. "We worship them!"

—Contributed by Bob Patton

## LIFE IN THESE UNITED STATES

MY 20-YEAR-OLD niece, Laura, often helps out a couple with their three-year-old son and five-month-old twins. One evening when the husband was out of town, she was asked to accompany the rest of the family on a grocery-store trip.

All went well at first, with Laura pushing the twins in their double stroller and the toddler tagging alongside the mother's shopping cart. But when the mother momentarily left the cart to pick out some grapes, a small traffic jam resulted. Attempting to clear the aisle, Laura pulled on the cart and called to the three-year-old, all the while pushing the double stroller. As the mother returned with the grapes, another shopper was watching Laura's struggle. "My goodness," the shopper said to the mother with a nod toward Laura. "Wouldn't you hate to be in her shoes?"

—Martha Hartley (Pine Mountain, Ga.)

EVERY MORNING at 5:30, my friend Jim and I go out for a run, accompanied by his dog, Nipper. Without fail, Nipper always stays at Jim's side—with the exception of one morning. We had just finished a vigorous three-mile run when, about 200 yards down the street, a man began loading furniture onto a van. Suddenly Nipper sprinted forward, perused the items, lifted his leg and "christened" a couch.

Jim was mortified. He ran up, yelling at Nipper. Then he began apologizing profusely to the man.

"Oh, don't worry," the man told Jim. "My wife and I just got a divorce, and she got all the furniture. Would your dog like to try for the coffee table?"

—George Coombs (West Warwick, R.I.)

ONE DAY WHILE OUT SHOPPING, my aunt, my mother and I stopped for lunch. With nothing to do the rest of the afternoon, we decided to have a cocktail or two. After the third round, we were acting a bit giddy, giggling a lot and talking quite loudly. Suddenly

"They say it's more efficient!"

# THE CATALOG

☰ MENU

🔍

🔍

Adv. (/advancedsearch)

Major (Dr.) John H. Schneider, an Air Force neurosurgeon at Wilford Hall Medical ⌄
Center, shows Captain Margaret Herring how he reconstructed her shattered skull.
Herring was severly injured with a shattered skull and brain damage when a rock
fell from a truck, and hurled through the windshield of her vehicle into her left
temple shattering her skull at an impact speed of 100 mph while she was driving
home from work. AIRMAN Magazine, May 1997, highlighted this story

1 of 1   |   More Info ⌄   |   ✚ Share   |   Contribute ❯






1

()

*Exhibit D*

3 July 2018

Honorable Susan P Watters
Federal District Court Judge
James F Battin Federal Courthouse
2601 2nd Avenue North
Billings MT, 59101

      Re: John Henry Schneider

To the Court,

      I have known John Schneider for about 28 years. Most of those years as my husband. This is an interesting letter to write, as speaking about the man in my life is usually kept to secret notes and cards to each other on anniversaries. I first met him at children's hospital where he was a resident in neurosurgery and I a neonatal ICU nurse. I was immediately drawn to his captivating presence but not for the usual reasons. Although inarguably handsome it was his commanding personality that caught my eye. This I would learn would never change. I noticed how nurses and peers were drawn to him for his intelligence and knowledge in neurosurgery. I was fortunate enough to see him as a doctor. Not just any doctor but a doctor that differed because he was neither boastful or conceited in his god given talents, which as a nurse was very rarely seen, especially amongst residents. I mingled with his peers and coworkers and consistently heard of his talents and abilities and how he was a positive "force to be reckoned with" in and out of the operating room. This would be his MO. Patients sought him out because he was the best surgeon and patients would return because of his obvious welcomed bedside manner. This again would never change. Fast-forward 30 years and that has never changed.

      I will speak about the Doctor I know and love. He tirelessly worked to give the best care possible even when others wouldn't or were too afraid to attempt it. By

tirelessly I mean that I could list the many days he sacrificed sleep, family and himself to help a "lost cause" or tackle a challenging case. If I had to describe John Schneider it would be quiet integrity and unnoticed humanity. Again, he is not the boastful type, does not enjoy accolades and shies away from limelight. He does not see himself as deserving of either. He has repeatedly told me how what he does is no big deal and it's just his job and he just wants to be the best he can be. Again, this is a thread to who he really is. His quiet acts of humanity are seen in his persistent care of the heart of his patients when he returns to the hospital after hours to talk to patients who are worried, or offer the strong hand on the shoulder of a concerned cowboy.

He always treated those close to him as family, extending himself compassionately and even financially when they needed something. And there have also been the more public, grand gestures donating large amounts of money and time to our church and local charities. But I believe it's his discreet doings that make him a man I both respect and admire to this day. The unnoticed efforts to homeless people he passes on the street, the overwhelming dedication to the patients that he cares for, his consistent respect even for those who may not deserve it. You see people often never know about the other side of a "doctor." The long restless nights of worry over a case he is doing. The worrisome days after the surgery that has not gone well, and the heartbreaking aftermath that comes from losing a patient. This is not shown to the outside world because this is not what people want from their doctor. They want the strength - visible and palpable, so their worry is replaced with confidence in the man cutting them open. But John Schneider is human in every sense of the world. He gets sad, he hurts and he cries. The difference is he has always continued to care and help to the best of his capacities. His desire to be a doctor and to be that saving grace to someone who might otherwise fare poorly is instilled in him biologically to this day.

I personally know he has worked without billing equal to more than two million dollars over his career in charges for people who couldn't pay or who had written to him in dire straights saying they needed surgery but paying was out of the question. This is

the compassion of the man who has operated repeatedly free of charge, and without telling anyone so as to preserve the self-esteem of his patients' humble lives.

As his wife it pains me to think that people might actually believe the distorted media created character of sorts that has appeared repeatedly in the press. John Schneider is private and complicated soul who I am blessed to know because with all of his dedication and accomplishments he is still humbled every day to pray head down and hands open to a God that I know he feels at times has abandoned him yet he continues to readily set his faith in. He always tells me he's not lucky it's just Grace.

I have watched how he never took lightly his responsibilities, and I always sensed the weight he has carried on his shoulders for so many years. This is no Pollyanna view of my husband but from a woman who has been there with him every step of the way. The repeated sleepless nights, created by a job that demands both perfection and also amazing stamina. And he has worn his stoic facade with humility and strength which may at times come across as impermeable and ego driven but I beg to differ. It's this warrior attitude that has allowed him to be the great doctor and companion he is and always will be.

John Schneider has had more than his fair share of loss in every aspect of his life, but this is news to most. This is a man, who hurts, repents, forgives and wakes every morning and tells me he loves me. The collateral damage that has hit our whole family is what I believe hurts him the most. He has apologized to all of us and we, as a family, have forgiven him and mourned his losses with him.

His proudest accomplishments come from being a father. John is a dedicated, loving father. Though always very busy he managed to balance his time and energy with our children who to this day carry a laundry list of "special times with dad" memories that he managed to create with each of them. There are countless times I have seen him tired from lack of sleep be present at a play or athletic event or just engage in a video game so that "our kids remember who their dad is." They never felt ignored or second best. He is especially close with our middle daughter, Shannon, who has had tremendous

health issues since birth. John managed to balance an officer's and surgeon's military responsibilities while prioritizing the need to cradle her nightly until she fell asleep. Shannon is presently engaged to be married. She calls her dad about his opinions on wedding plans and how they will walk down the aisle "in their own special way" next March. Our youngest daughter, Caitlin, is his mini me whose conversations with her dad are those of close confidants – in-depth exchanges about knowledge and humor, or inside jokes that only the two of them share. Our oldest child, Brandon, is his closest friend, best video buddy and his biggest cheerleader. Each one of his children still hug him, call him and value his opinions. Most of all, they describe him as their friend.

I have attempted to describe the character of a man who has done many a good deed – some of which have gone unnoticed because they happen in quiet reverence. I will continue to love this man if only for the fact that I do not want him to lose the hope and faith he still has. I will show him he is loved, forgiven and "enough" in my eyes and in the eyes of his family. He is a man worn down and tired. I want my husband back so I can continue to help him to heal. Our quiet talks and prayers together have shown me that we will stay together, because we have each other and I love him. I also know what a great man he has been and is. That will never change.

Michelle R Schneider, RN

*Exhibit E*



*Exhibit F*

Honorable Susan P. Watters                                  July 27, 2018
Federal District Court Judge
James F. Battin Federal Courthouse
2601 2nd Avenue North
Billings, MT 59101

    RE: *United States of America v. John Henry Schneider*

I have known John for eighteen (18) years. I first met John and his family while working as a cosmetologist at "A Head of Our Time." Michelle would bring their baby in while getting her hair done. It was an easy friendship with them both.

Having John and his family in my life has been impactful! Not only have they been there for my "crazy" twenties (20s), going so far as to tell me to "call me if you end up in jail," to being there to cheer me on in my first and second marriages.

When I had my son, Brayton, John and Michelle assured our needs were met. They met the baby and gave me their time. They brought gifts that were thoughtful and helpful. Being a single mom at the time, and a first time mother, the Schneiders were a wealth of knowledge for me! They were always available for advice and anything else I may have needed.

When I met my second husband, David Firebaugh, and married him, it was very important to me that he meet John and Michelle. On our honeymoon we actually traveled to their house specifically to spend time with them. They were and are my family.

John was the first person I called when I found out my son was diagnosed with autism. This was not just because of his medical knowledge, but also because of his ability to explain things to me in terms I can understand. I needed talked off a ledge and he was the person who did this!

I have continued to maintain contact with John and Michelle for parenting advice and medical care of my son. In addition to his autism, he has a skin condition that John has guided me in finding appropriate care for him.

John and I have always had a great friendship. It has always been open and honest. I have always been proud to call John my friend.

Respectfully,

Misty DeLeon [Firebaugh]

Honorable Susan P. Watters
Federal District Court Judge
James F. Battin Federal Courthouse
2601 2nd Avenue North
Billings, MT 59101

RE: *United States of America v. John Henry Schneider*

I have known John for approximately eight (8) years. I was introduced to him by my wife, Misty DeLeon. Misty, John, and his family have been friends for many years prior to our relationship. It was important to Misty that I be "approved" of by John and Michelle.

It was striking to me that Misty cared so much the opinion of someone outside of her family for me. I had heard, and was able to see, through our marriage, the love and care John and Michelle provided Misty as a result of their friendship. They were immediately supportive of us and have remained so throughout our marriage.

I can claim largely for John to be an acquaintance to me through my wife. I have not developed the level of friendship that they have. With that said, John has personally been very helpful to me as I've struggled with medical issues of my own.

I have chronic issues with a herniated disk and broken vertebra courtesy of my career as a police officer. As I've worked to improve my health and support myself as much as possible prior to the inevitable surgery I will endure to not be crippled from this injury, John has been a mentor and guide through the process. He has provided guidance for care of myself in the context of my personal goals to minimize the use of medication, injections, or surgery to address the discomfort and mobility issues that manifest themselves from my injury.

John has been a treasured asset in explaining the condition of my son Brayton's autism and severe eczema. John has been able to explain conditions, processes, and diagnoses in a manner that Misty has been able to understand, and be heard when I or others have not been due to the emotion associated with the challenge of autism in particular. His and Michelle's support has been so valued.

John and Michelle's support of our marriage has been moving, and I have personally grown very fond of John and Michelle for their obvious love for my wife and son. Their care and attention to them has been remarkable and a treasure to me.

Respectfully, David P. Firebaugh

| | |
|---|---|
| **From:** | Dani Blain |
| **To:** | Amanda Johnson |
| **Subject:** | Dr. Schneider |
| **Date:** | Friday, October 13, 2017 9:55:18 AM |

Hi Amanda,

My name is Dani Blain, I spoke on the phone with you this morning. When I was seven years old I fell off a horse and bumped my head. The bump looked like nothing, but my mom decided to take me to the hospital anyway. It was at the hospital they discovered I had a brain bleed and had only 15 minutes to live. Dr. Schneider operated on me and saved my life. I have been to many neurologists since this, and all say the same thing, the surgeon who operated on me did an amazing job. Many were concerned I would get seizures as I grew from the scar tissue that naturally results from surgeries like these, but every brain scan shows that there is no scar tissue on my brain.

We also got to know Dr. Schneider and his family, they even came to Christmas dinner at our house. He is an amazing person and I will never be able to thank him enough for what he did 15 years ago.

If there is anything at all me or my family can do to help him, we would love to. My phone number is (406) 671-3106.

Thank you,

Dani Blain

**JONATHAN D. ROSE**
**1683 STONE RIDGE DRIVE**
**BOUNTIFUL, UTAH 84010**

April 30, 2018

Honorable Susan P. Watters
Federal District Court Judge
James F. Battin Federal Courthouse
2601 2nd Avenue North
Billings, MT 59101

Re: *United States of America v. John Henry Schneider*

I met John Schneider in 2002 when I was starting my career as a sales rep for Aesculap selling Spine implants. In all of my nearly 20 years of knowing John I have had nothing but pleasant and good interactions with him. We have partnered on multiple business ventures, and throughout all of these ventures John has been a man of his word, willing to work with me and other partners in any way necessary.

I have witnessed, first hand, John's interactions with patients, colleagues, staff, and professionals. He treats them all with respect and kindness. In the operating room he is a fantastic surgeon and very efficient with his hands. I wouldn't hesitate referring friends to him or putting my life in his hands. He's disciplined and excellent at what he does. I consider him to be top in his field.

I have also had the privilege of seeing him outside of the OR. We were neighbors for a while. Every spare moment he had he was spending time with his family. I have had many dinners with him, his wife and children. He is a great father and loving husband. I could tell his wife and children had the same feelings towards their father and husband. When he wasn't busy working he was always with his family.

John was always there for me when I needed his professional help with cadaver lab training for other surgeons who wanted to learn how to become more proficient in the field. I knew I could count on John for help at a moment's notice if he was available. His willingness to help never went away. He was happy to teach others about what he loved to do. He wasn't boastful or egotistical about it at all. He would teach anyone who wanted to learn.

I consider John to be one of the most honest, kind and helpful individuals I have ever had the privilege of meeting. I'm honored to call him a friend and associate.

Sincerely,

Jonathan D. Rose

Honorable Susan P. Watters
Federal District Court Judge
James F. Battin Federal Courthouse
2601 2nd Avenue North
Billings, MT 59101


April 25, 2018


Re: United States of America v. John Henry Schneider


I have known John and his family for over twenty years, our children attended the same church while we were living in Billings back in the late nineties and our families developed a close relationship during that time.

Most of our interactions revolved around our children as we happened to have three each, all around the same age.  John and his wife Michelle were always supportive and dedicated parents of their children and that devotion extended to mine as well.  I have fond memories of spending time at their house, enjoying their hospitality and watching our kids interact.  One of the things I remember about John was his generosity and how down to earth he was.  While my family didn't exactly swim in the same social circles as John, he never made us feel out of place or lesser as people and often invited us for a day of skiing or a weekend getaway without expecting anything in return.  Although we moved away from Montana for a lengthy period, we kept in contact with John and his family and the kids are still very close even to this day.

While I don't know the specifics of his case, I do know that John was as dedicated to his profession as he was to his family and mine alike.  I hope you take this into consideration at this difficult time.


Respectfully,

Philip Fallon
4674 Christian Drive
Missoula, MT 59803
(406) 274-2325

Honorable Susan P Watters
Federal District Court Judge
James F Battin Federal Courthouse
2601 2nd Avenue North
Billings Mt, 59101

To the court;

I have known John for over 20 years. His wife, Michelle, has been my dearest friend nearly our entire adult lives. As such, the John I know and dearly love, is a devoted father, husband, and friend. John is the rock I have leaned on personally with struggles regarding my Autistic son. He is kind, patient, and considerate. John has provided with me with education, with compassion, and with boundless love and understanding during times of difficulty with my child's health and diagnosis. He is always available. He is always supportive.

My son Connor is blessed to be received into this amazing family. Connor is going to marry John and Michelle's oldest daughter Shannon next spring. The greatest gift anyone ever has is the love of their child. The greatest compliment I can bestow on anyone is that John is the kind of man I would want my son to emulate. He has been a constant mentor and councilor to my son, and he is the kind of family man I hope my child can become. John is a devoted and considerate husband, a father who always provides support, time, and love to his children, and I am constantly grateful for his presence in my life and the life of my family.

Thank you for your time.

Regards,

Lisa Shaurette

Lisa M. Parker
86 Road 2BC
Cody, WY 82414
307-899-0560

Honorable Susan P. Watters
Federal District Court Judge
James F. Battin Federal Courthouse
2601 2nd Ave North
Billings, MT 59101

Re: *United States of America v. John Henry Schneider*

I have known John for 8 years. I worked for him at Northern Rockies Neuro-Spine. John has always been a warm kind-hearted gentleman with high moral standards.

I loved hearing him greet his patients, in his down-to-earth way. He joked with them to ease their tension. It was common to see him hold the door open for a patient, or help them get up from a sitting position, all the while exchanging stories about farming, horseback riding, or hunting.

Shortly after I started working for John, he helped my husband, myself, and my two sons' and their families by giving us a grown pig to butcher and share the meat amongst ourselves. It was a lot of meat and very much appreciated.

One of the joys of being around John, was that he has a way of teaching and explaining things that didn't make me feel stupid. I loved working for him and I am a better person because of him.

Sincerely,

Lisa M. Parker

Lisa M. Parker



Granite Peak Law, PLLC
PO Box 635, Bozeman MT 59718
(406) 586-0576
Gregory G. Costanza,
Admitted in Wyoming and Montana

April 16, 2018

Honorable Susan P. Watters
Federal District Court Judge
James F. Battin Federal Courthouse
2601 2nd Avenue North
Billings, MT. 59101

     Re: *United States of America v. John Henry Schneider*

Dear Judge Watters,

     I am an attorney practicing in Wyoming and Montana. I became acquainted with Dr. Schneider in 2014 while representing Wyoming orthopedic surgeons in litigation in U.S. District Court and in related arbitration in Minnesota. Once my work with the orthopedic surgeons ended, Dr. Schneider approached me to assist him in civil arbitration involving his related entities. Given the publicity surrounding Dr. Schneider, I was compelled to ask physicians with whom I was personally acquainted and who worked with Dr. Schneider about his reputation.

     Dr. Schneider's physician colleagues in Cody and Powell Wyoming uniformly praised Dr. Schneider's surgical prowess. Many noted his strong work ethic, ambition, and busy yet congenial professional manner. Dr. Schneider's colleagues saw him as the go-to neurosurgeon capable of handling highly risky and difficult brain and spine cases. I agreed to represent Dr. Schneider on the strength of these character references from his physician colleagues. Many of these physicians placed their spouses' lives in his care; indeed, thousands of people have placed their lives under Dr. Schneider's well-trained hands.

     As I dug into the complexity of Dr. Schneider's civil litigation issues, I had the opportunity to review tens of thousands of documents, to question Dr. Schneider on

a host of issues, and to verify key facts from extrinsic evidence gathered through discovery. We worked closely together in arbitration and subsequent litigation. These experiences afforded me the opportunity to make certain observations of Dr. Schneider.

First, Dr. Schneider deeply loves his family. It is clear from my conversations with Schneider and his family that they are tight-knit and loving. Many of Dr. Schneider's actions are motivated by his desire to uplift and protect his family. Second, Dr. Schneider stands up to anyone he thinks is wrong or a bully. He is very alert to injustice and hardened against those who take advantage of others. Third, Dr. Schneider has been a competitive and ambitious businessman. Competition surely runs in the blood of many high achievers. Dr. Schneider was unabashed about his desire to offer competitive medical services in the rocky mountain west, which Dr. Schneider's competitors clearly viewed as threatening to their own practices. Fourth, Dr. Schneider always answered my persistent questioning with immediate and forthright explanation. I found him to be logical and rational, although Dr. Schneider would occasionally struggle with the complexity of his past financial and legal operations. This should not be surprising, as many legal issues, contracts and business documents are difficult for lawyers to fully grasp. Dr. Schneider managed a busy professional neurosurgical practice while simultaneously relying on well-paid professionals to advise him on how to navigate modern legal and business complexities.

While Dr. Schneider has preternatural self-assurance and hyperactive awareness, his memory is still pocked with time, muddled by the complexity of facts, shaped by cognitive bias, and altered through the contradictory thicket of legal advice he received on a wide range of matters. Dr. Schneider actively engaged with counsel on how to plan for retirement, save for his children, manage a busy multi-state practice, obtain insurance, respond to lawsuits, pursue business plans, and initiate his

own legal actions. It became clear to me, with the benefit of hindsight, that Dr. Schneider did not always receive sound legal and business advice.

Accordingly, it is with mixed emotions that I witness Dr. Schneider accept responsibility for his actions. On the one hand, I see a man who has worked long and hard to save lives and aid the diseased. On the other, I see someone who became exhausted by the maneuvering of countless competitors and attorneys, and ultimately was faced with character assassination in the press. While these factors do not legally absolve any lapses in judgment, they should be considered as mitigating factors in his criminal sentencing because Dr. Schneider, while hard charging, has always sought to remain within the legal norms of our society.

Therefore, I urge this court to consider Dr. Schneider's merits as a highly skilled physician and a caring family man when meting out punishment. I also urge this court to be vigilant against biased news reports that have presented a one-sided and an overly simplified version of events to the public. I know firsthand that many press reports have been unfairly biased and may be prejudicial to the fair administration of justice in these proceedings. On balance, Dr. Schneider should be allowed to quickly return to public life so he can continue to contribute as a skilled and productive citizen.

Sincerely,

Gregory G. Costanza | Attorney
Granite Peak Law, PLLC

*Exhibit G*

Dear Dr. Schneider,

This card is just a small

"Thank You" for all you did for me

on October 13th. I have been praying for

the Lord to bring the right doctor for

a long time to do my neck and back (later).

The Lord Blessed me with you

and the gift of your hands and wisdom.

Thank your team who also worked

beside you. My surgery was a

miracle of answered prayers.

Our church was praying for me

and for you. The Lord is good.

Your hands are a gift to help others

lives become whole again. Every emotionally

your encouragment helps us believe in

ourselves that well be alright. I know

that there can be bad days. But, with

me all is well. I get better and

stronger each day. You and the Lord are

a team... and you bless many people.

Thank You Again,

Mrs. Anne S. Haines)



Dear Dr. Snider,
    I have waited a
long time for this surgery,
There were some days
I wasn't sure I could
continue living with the
pain. You have literally
saved my life. No words
can express my thanks I
have for you and your staff
but ...
Thank-you,
Sencerely
David Baker.

**Dan Kamienski**

| | |
|---|---|
| **From:** | Dr. Schneider MD <omnineuro@live.com> |
| **Sent:** | Monday, December 18, 2017 1:12 PM |
| **To:** | John Smith; Colin Stephens; Dan Kamienski; James Cossitt |
| **Subject:** | Fwd: [External] |

From the VA in IC.
thanks JHS

Get Outlook for iOS

**From:** Dietzler, Dena <Dena.Dietzler@va.gov>
**Sent:** Monday, December 18, 2017 11:51:41 AM
**To:** Cullen, Joseph; Dr. Schneider MD
**Subject:** RE: [External]

Hi Dr. Schneider,

Hope you are doing ok.

Here are the two official compliments that came through PATS (Patient Advocate Tracking System).

Mr. Smith called to say in July 2017 Dr. John Schneider performed his surgery and it was a "miracle". Mr. Smith is upset by all the negative publicity regarding Dr. Schneider and wanted to say something on his behalf an show his support for the fine job he did. 12/7/2017

Mr. Miller comes in to say he thought Dr. John Schneider did an "excellent" job when he had extensive back surgery (L1-L5 fusion) in September 2017. Mr. Miller says Dr. Schneider took the time to explain his surgery, post op questions and what to expect. Mr. Miller is very happy with the outcome and is feeling stronger each day. 12/14/17

One of the urology NPs told me that several veterans spoke positively to the Iowa City VA in general and one in particular that was a neurosurgery patient.

Thanks,
Dena

**From:** Cullen, Joseph [mailto:joseph-cullen@uiowa.edu]
**Sent:** Thursday, December 14, 2017 10:21 AM
**To:** Dr. Schneider MD <OMNINeuro@LIVE.COM>
**Cc:** Dietzler, Dena <Dena.Dietzler@va.gov>
**Subject:** [EXTERNAL] RE: [External]

John--Dena has a number of these compliments and will send them to you at this address. Joe

**From:** Dr. Schneider MD [OMNINeuro@LIVE.COM]
**Sent:** Wednesday, December 13, 2017 6:00 PM

1

Joe - taking a little personal time here.

I do have a request - if you have any written support letters from patients that came after I left, could you forward them to me at:

543 Camino De Orchidia, Encinitas, Ca 92024.  Perhaps jenny could send them on. Thanks


Thanks - JHS


---

Notice: This UI Health Care e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy all copies of the original message and attachments thereto. Email sent to or from UI Health Care may be retained as required by law or regulation. Thank you.

---

*Exhibit H*



*Exhibit I*



# PROVIDER
# RESOLUTIONS, LLP
### EST.   MMXIV

6.13.2018

To:     Secretary of health and Human Services, Dr. Azar

From:   J. Michael Schneider, MD FACS MS-ADR

Sir,

Hello and thank you for receiving this communication.

Conflict is poorly addressed in today's healthcare organizations. In medical training our communication skills devolve to abbreviated question and answer sessions in which practitioners relegate their Provider relationship to disease management. Simultaneously, the pace, stress and pressures to quickly, but accurately perform as a care deliverer, generate enormous conflict between hierarchical segregated providers. Here is the solution. Preemptive education and repetitive practical assessment in narrative management, negotiation strategy, mediation, empathetic reframing and conflict resolution must be included in nursing and medical training as students transition into full time care providers. Recently I completed the enclosed textbook for healthcare students and practicing nurses, mid-levels and physicians.

Importantly, graduates studying healthcare policy and dispute resolution find this material an excellent synthesis of academic education applicable to their learning, with practical solutions as they interface within healthcare organizations. Part of the text encourages active medical practitioners to adopt and transition their administrative roles, developing skills as conflict coaches, facilitators, mediators and co-arbitrators in pre-litigated and litigated disputes.

As a physician, I request your consideration of curriculum studies utilizing the enclosed textbook as an introduction and resource for your 3rd and 4th year students. My academic commitment to teaching students and practitioners alike passionately entwines the fundamentals of peace and conflict post graduate theory into practical daily application, managing tense, adversarial and contentious disputes between healthcare practitioners. In addition, navigating adverse outcome communication between provider and patient is a necessary learned skill reviewed in my publication. Finally, critical attention in this text examines how nurses and doctors must heal themselves following acrimonious experiences in pre-litigated and litigated disputes to functionally return to a productive and fulfilling medical practice.

Please consider my interest as an educator focusing on conflict engagement and dispute resolution in healthcare. As a consulting professor, I am available as a single event guest lecturer, a multi-week programmed course developer and instructor, and as a resource for established conflict and humanities programs, expanding their content to include the successful management of dispute scenarios in today's healthcare organizations.

A MEDPORT COMPANY
315 S COAST HWY 101  STE U 102
ENCINITAS, CA        92024

www.provider-resolutions.com
760-828-0754

I am board certified, fellowship trained physician and neurosurgeon with thirty years of medical practice, including three previous academic positions, and a former officer with the United States Air Force. I primarily retired my healthcare career at the end of 2017. Over the last several years I became increasingly involved in peace building within healthcare communities and I hold a master's degree in Alternative Dispute Resolution and legal studies from Creighton University Law School in Omaha, Nebraska. During my many years as a medical practitioner I held a variety of administrative positions including Chief of Staff, Chief of Neurosurgery and Risk Management co-director, inspiring my deep interest in communication, discourse management and conflict resolution. My full time practice is now the Principal Consultant at Provider Resolutions, LLP located in Southern California.

If you are interested in the publication or intrigued by the information offered and desire further contact, please reach out to me directly. Thank you for your consideration.

Best in health --

John- Michael Schneider MD MS-ADR
provider resolutions, LLP at www.provider-resolutions.com
omnineuro@gamil.com
760-828-0754


Ref: Text location: Amazon distribution -
The Healthcare Practitioners Guide to Conflict Engagement and Dispute Resolution. ISBN – 10: 0692136053



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Health Resources and Services
Administration

Rockville, MD 20857
Bureau of Health Workforce

JUL 16 2018

Dr. J. Michael Schneider
315 S Coast HWY 101
STE U 102
Encinitas, CA 92024

Dear Dr. Schneider:

Secretary Azar has asked me to thank you for your letter regarding training health practitioners
in conflict engagement and dispute resolution and to respond directly to you.

The federal government does not mandate training and specific resources for health professional
training programs. The Bureau of Health Workforce in the Health Resources and Services
Administration does support grant programs to enhance health professional training, including
physician and nurse training. The issues you raise regarding the challenges for health care
providers in today's healthcare organizations are important and we appreciate the opportunities
you highlight for better training in conflict engagement and dispute resolution to improve
patient-provider communication.

Thank you for your letter. We will keep the information you provided in mind as we continue to
develop our programs and work with health professional training programs.

Sincerely,

Luis Padilla, M.D.
Associate Administrator

# *Exhibit J*

---------- Forwarded message ---------



Doctor John

Research has shown that scuba diving improves one's psychological well-being and reduces stress and anxiety.

Dive Veterans first SCUBA OPEN WATER CERTIFICATION CLASS will start on **SATURDAY, JULY 21, 2018 at 9AM** at Scuba Schools of America (SSA) Dive Shop. Here's the address:

**4420 Holt Blvd.,**
**Montclair, CA 91763**

For questions, please email: **diveveterans@gmail.com**

Look forward to see you on the 24th to help our Veterans recover from brain and spinal cord injury, and help those suffering from PTSD.

Have a wonderful day!

*Dr. Ola and Your Dive Veterans Family*

diveveterans@gmail.com



4420 Holt Blvd., Montclair, CA 91763

John Michael Schneider, MD, MS-ADR

July 23, 2018

Dear Dr. John,

It is with great pleasure to thank you for your on going work with Dive Veterans, a disabled
veteran non-profit organization(501c3), as a dive-buddy, volunteer, instructor, etc.

Your experience and specialty will be very valuable to the organization especially to our fellow
veterans.

We look forward to having your ongoing  presence in our scuba classes, ocean and
beach dives and other activities of the organization. Your help over this last year was invaluable
and your co-directing our projects with UC Riverside this fall is critical to our success.

Serving those who served,

Dr. Ola Madsen
(US Navy)



*Exhibit K*

WWW.WAVESPROJECT.ORG/ABOUT/

# OUR MISSION

## To offer the unique opportunity of experiencing SCUBA Diving to our wounded American veterans.

### ABOUT WAVES PROJECT

### WOUNDED AMERICAN VETERANS EXPERIENCE SCUBA

WAVES PROJECT was established to help our wounded veterans experience the freedom and challenge of SCUBA Diving. If you or a loved one has suffered from a major, life-changing injury, scuba diving therapy may help. Importantly, talk with your doctor and therapists about your interest to see if this type of therapy is right
for you.

The unique properties of this aquatic environment enhances interventions that are ideal for combat wounded veterans as they rehabilitate from various injuries received in combat such as amputations, spinal cord injuries, PTSD, Traumatic Brain Injuries, along with a host of other injuries received in battle. Scuba diving takes the advantages of the properties of water, including weightless and limited audio input, allowing  Combat wounded veteran's to exercise in a therapeutic environment. Underwater, there is the soothing sound of breathing through your regulators as your bubbles float effortlessly to the surface. Movements are slower, gravity is sapped of it strength and muscles move more freely. The disabled diver underwater  is now an equal to his or her able body dive buddy!

Our training includes specialized SCUBA equipment suited to the person based on their physical needs. These items may include webbed gloves, diver propulsion vehicles and customized exposure protection.

Our WAVES Instructors have extensive, specialized training from both PADI (Professional Association of Diving Instructors) and HSA (Handicapped Scuba Association) to insure safe and suitable instruction.

**On Jun 25, 2018, at 1:43 PM, MS MD, MS-ADR <omnineuro@gmail.com> wrote:**

6/25/2018

To:     Waves project administrator

From:   J. Michael Schneider, MD,FACS, MS-ADR
        omnineuro@gmail.com
        760-828-0754
        www.provider-resolutions.com

Dear Colleagues,

It was a pleasure meeting the representatives of Waves project nonprofit at this years Long Beach Scuba Show. I am interested in working with your organization, helping US Veterans. By way of introduction, I am a board certified physician and surgeon specializing in neuroscience and have over 1000 dives as an advanced open water rescue certified scuba diver.  I also hold a master's degree in legal studies and conflict resolution from Creighton law school.  I am former O4 Air Force Officer stationed with the 59th Medical Wing out of Lackland AFB completing my active duty in 1997 and inactive reserves in 2008. I also provided medical and surgical services to the VA facilities in Salt Lake City and Iowa City during my academic medical career.  I currently live in North San Diego County California and am transitioning my medical practice to an administrative role through my business Provider Resolutions, LLP.

I am very interested in a volunteer position with your organization, merging my medical knowledge, love of scuba diving and the beneficial impact this sport could have on wounded US Veterans with PTSD, TBI and SCI.  I think my specialization in neuroscience, avid self-study in Dive Medicine and desire to serve the needs of wounded warriors affords me the capability to assist these deserving and disabled men and women. In addition, my legal training inspires peace communication in social justice as part of my dispute resolution role, an advocacy position that may help your fund raising mission with state and federal elected authorities.

 I could be available 8-16 hour per week, over a weekend dive trip or longer on specific excursions coordinated with my work schedule.  I am available to participate with your organization beginning this summer should you be interested in my service.

Should you be interested, please drop me a quick note or email and let me know how best I might proceed with your organization

Thank you and best in health,

Dr Mike.

4

**On Tue, Jun 26, 2018 at 07:41 Steve Rubin <Steve@wavesproject.com> wrote:**

Thanks Dr Mike,

I'm forwarding your email to Dr. Naomi A. Achondo, OTD, OTR/L,SWC, to discuss a study we are planning to conduct, measuring the benefits of diving as it relates to PTSD, we are current discussing this with Loma Linda University and Loma Linda Veteran Administration Hospital, ( Mental Heath).

We can talk about other opportunities how your diving and vocational talents can be of help, however at first thought with your initial email, this seemed to be a natural fit.

Thank you

Steve Rubin
WAVES Project
951-233-1873
www.wavesproject.org

**On Jun 26, 2018, at 7:43 AM, MS MD, MS-ADR <omnineuro@gmail.com> wrote:**

Sounds great, thank you!

---------- Forwarded message ----------
From: **Nja Therapy** <njatherapy01@gmail.com>
Date: Thu, Jun 28, 2018 at 8:19 AM
Subject: Re: Dive volunteer
To: "MS MD, MS-ADR" <omnineuro@gmail.com>
Cc: Steve Rubin <Steve@wavesproject.com>


Hello Steve and Dr. Mike!

It will be pleasure to have you on board WAVES Project.
I am Naomi Achondo, Doctor of Occupational Therapy and volunteer with WAVES, too.

Steve and I have conducted some pilot study  regarding SCUBA and OT. We will re-start an OT
mindfulness based class this August, Under the WAVES. We will also have a research on going
with Loma Linda University Department of OT and planning to partner with LL VA for this new
study.

I would like to meet you and Steve soon so we can do more for our veterans. I will be on
vacation starting tomorrow and will be back on July 5.

Thank you and looking forward to meeting and collaborating with you regarding WAVES
Project!


Best regards,
Naomi A. Achondo, OTD, OTR/L,SWC
NJA Therapy Services, Inc
Nachondo@njatherapy.com
T: 909.833.1099 F:909.992.3173

**On Tue, Jul 17, 2018 at 4:24 PM, MS MD, MS-ADR <omnineuro@gmail.com> wrote:**

Nja - Hopefully this letter finds you well.  I would like to meet you and see how I could help as a non-treating physician and neuroscientist, through research, dive experiences, etc, focusing on neurological issues affecting veteran patients.  Please let me know.  I have Steve copied to see what he is thinking.

Thanks -

J Michael Schneider, MD MS-ADR
Former Major USAF 59th Medical Wing
www.provider-resolutions.com

**On Tue, Jul 17, 2018 at 5:30 PM, Nja Therapy <njatherapy01@gmail.com> wrote:**

Hello Dr. Michael,

We can set up a meeting possibly next week with Steve, if they are available.
There is a study that we will be conducting in partnership with the Loma Linda University, Department of Occupational Therapy.

I would like to have you be involved in it. We are hoping to have a sample size of 60 and look at the therapeutic function of diving to veterans and non-veterans.

We will be running another Under the WAVES program in August, is that still the plan Steve? This is our mindfulness OT program.

Looking forward to meeting you,

Best regards,

Naomi Achondo, OTD, OTR/L, SWC

**From:** MS MD, MS-ADR [mailto:omnineuro@gmail.com]
**Sent:** Tuesday, July 17, 2018 7:20 PM
**To:** Nja Therapy <njatherapy01@gmail.com>
**Cc:** Steve Rubin <Steve@wavesproject.com>
**Subject:** Re: Dive volunteer

Excellent - I would love to be involved in the research study.

I have something I have to do around Aug 14 and 15th but if I can participate in any way, I can arrange my schedule to meet your needs.

Looking forward to our visit -



Best in Health

J Michael Schneider MD MS-ADR
www.provider-resolutions.com
760-828-0754

