UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>vs.<br><br>JOHN HENRY SCHNEIDER,<br><br>                            Defendant. | CR-17-77 -BLG-SPW<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

    YOU ARE HEREBY COMMANDED to arrest JOHN HENRY SCHNEIDER and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging her with False Statement Under Oath in Relation to a Bankruptcy Proceeding, Concealment Of Bankruptcy Assets, Fraudulent Transfer Of Assets In Relation To A Bankruptcy Proceeding in violation of Title 18 U. S. C. Sections 152 (1), (2), and (7).

Assigned to: Colin M. Rubich, AUSA

_Judith Rhoades_, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 29th day of August, 2017

| RETURN | | |
|---|---|---|
| DATE RECEIVED: 8/29/17 | LOCATION: Billings, MT | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 9/18/17 | **Darrell Bell**<br>**UNITED STATES MARSHAL** | |
| LOCATION: CA | | |
| BY: _[signature]_ | Deputy U.S. Marshal | |

2017 AUG 29 P [RECEIVED]
US MARSHALS SERVICE
BILLINGS, MT