Gregory G. Costanza, Esq.
Granite Peak Law, PLLC
PO Box 635
Bozeman, MT 59771
Gregory@GranitePeakLaw.com
(406) 586-0576

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff/Appellee | ) | D.C. No. CR 17-77-BLG-SPW |
| | ) | U.S. District Court for Montana, |
| | ) | Billings |
| vs. | ) | |
| | ) | NOTICE OF LIMITED |
| John Henry Michael Schneider, Jr, | ) | SCOPE APPEARANCE |
| | ) | |
| Defendant/Appellant | ) | |
| | ) | |

Notice is hereby given to this Court and to counsel for the Government, that Gregory G. Costanza of Granite Peak Law, PLLC, will act as limited scope counsel for Defendant Dr. Schneider in this matter.

Counsel Costanza is generally familiar with the facts and circumstances pertaining to Dr. Schneider's past and current civil matters, but is not a criminal defense attorney nor a criminal appellate attorney. Accordingly, counsel Costanza's scope of representation is limited to review and editing for clarity of the content of filings drafted by Dr. Schneider as a *pro se* appellant, advising Schneider on civil law as it relates to this matter, and filing documents through EM/ECF on behalf of Dr. Schneider pending the resolution of technical issues for *pro se* use of EM/ECF.

1

This limited scope representation shall cease upon the entry of appearance of criminal counsel in this matter which Dr. Schneider was not able to obtain during the limited time required for filing a Notice of Appeal, Motion for Stay, and other pleadings herein.

Mr. Costanza respectfully requests that the Clerk of Court enter their appearance as counsel pursuant to this limited scope representation.


Respectfully submitted this 4th day of September, 2018,


 /s/ Gregory G. Costanza
Gregory G. Costanza, Esq.
Granite Peak Law, PLLC

CERTIFICATE OF SERVICE

I, Gregory G. Costanza, hereby certify that on the 4th day of September 2018,

I filed the foregoing Notice of Appearance to the following individuals via the means

indicated below.


Colin M. Rubich                                                CM/ECF
Assistant United States Attorney