EXHIBIT B

NRIC Spreadsheet of claims and payout history of reserves

**Northern Rockies Insurance Company (NRIC) - As of 11/1/2013**
**Claims Paid/Legal Fees/Reserves/Expenses:**

| Case | Attorney Representation | Monies Spent to Date/Payee | Amount of claim reserve paid To date | Reserves paid on claim filed by NRNS Jan 2013. | Case Status | Notes: |
|---|---|---|---|---|---|---|
| Biles v John H Schneider, MD | Bonner Stinson/Kline Law Firm | Bonner Stinson/Kline Law Firm | | | | Biles v Schneider |
| | | Boner Stinson | 206,860.00 | 206,860.00 | | Attorney's Fees Biles v Schneider and Med Mal |
| | Steve Kline/ Kline Law Firm and Steve Emery/Williams Porter Day & Neville/Meals Law Firm | Kline Law Firm | 369,945.44 | 400,000.00 | | Reserve includes BOM 1206.  Thirteen patient complaints/Med Mal issues |
| Monaco Med Mal/BOM | | Williams Porter Day and Neville | 123,820.40 | 200,000.00 | ongoing | Reserve includes Defense, Expert Fees and Appellette costs |
| Monaco Med Mal/BOM | | Meals Law Firm | 22,500.00 | | ongoing | |
| Monaco Med Mal/BOM | | Accumen Assmts | 6,500.00 | | ongoing | Required by WY BOM - Psychological Evaluation |
| Monaco Med Mal/BOM | | Air Travel | 750.00 | | ongoing | Approximate - Billings to Kansas City MO |
| Monaco Med Mal/BOM | | Hotel | 800.00 | | ongoing | Approximate 4 days at 200/day |
| Monaco Med Mal/BOM | | Vehicle | 1,100.00 | | ongoing | Approximate - Kansas Airport shut down had to drive back to Billings |
| Monaco Med Mal/BOM | | Meals | 400.00 | | ongoing | Approximate - 100 times 4 |
| Monaco Med Mal/BOM | | Vanderbilt University | 2,450.00 | | ongoing | Required by WY BOM  - Attended Feb 29-March2, 2012 Prescribing Controlled Drugs Course |
| Monaco Med Mal/BOM | | Air Travel | 634.00 | | ongoing | Billings to Nashville |
| Monaco Med Mal/BOM | | Hotel | 750.00 | | ongoing | Approximate 3 days at 250 |
| Monaco Med Mal/BOM | | Vehicle | 300.00 | | ongoing | Approximate 3 days at 100 |
| Monaco Med Mal/BOM | | Meals | 300.00 | | ongoing | Approximate 3 days at 100 |
| Monaco Med Mal/BOM | | WY BOM Case hearing costs, non legal | 1,855.00 | | ongoing | Contested case administrative hearing |
| Monaco Med Mal/BOM | Jurovich Law Firm | | 18,500.00 | | | |
| Monaco Med Mal/BOM | Greear Law Firm | | 32,500.00 | | | |
| Monaco Med Mal | Steve Emery/Williams Porter Day and Neville | Claim and Lawsuit filed,Federal court | 15,000.00 | 150,000.00 | ongoing | |

23

| | | | | | | |
|---|---|---|---|---|---|---|
| Wyoming Board of Medicine | | Complaint defense and appeal | | 350,000.00 | ongoing | Projected defense; costs on going investigations and defense |
| Harper Med/Mal/BOM | Steve Emery/Williams Porter Day and Neville | | 302,000.00 | | settled | defense costs and settlement fees |
| Clark Med/Mal/BOM | Steve Emery/Williams Porter Day and Neville | Williams Porter Day and Neville | 410,965.55 | | Settled | defense costs and settlement fees |
| Rasmussen/Med Mal | Dave Clark/Worrall Greear | claim filed | 17,000.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Cox/ Med Mal | Steve Emery/Williams Porter Day & Neville | Claim filed | 25,000.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Thomas/Med Mal/BOM | Steve Emery/Williams Porter Day & Neville | Claim/Lawsuit filed, Sheridan County | 30,000.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Lee/Med Mal/BOM | Steve Emery/Williams Porter Day & Neville | Claim/Lawsuit filed, Sheridan County | 10,000.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Platt/Med Mal/BOM | Steve Emery/Williams Porter Day & Neville | complaint filed | 10,000.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Turner/Med Mal/BOM | Steve Emery/Williams Porter Day & Neville | complaint filed | 10,000.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| McMahill/Med Mal/BOM | Steve Emery/Williams Porter Day & Neville | complaint filed | 2,500.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Davis/Med Mal/BOM | Steve Emery/Williams Porter Day & Neville | complaint filed | 2,500.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Ewen/Med Mal/BOM | Steve Emery/Williams Porter Day & Neville | complaint filed | 2,500.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |

| | | | | | | |
|---|---|---|---|---|---|---|
| Brockus/Med mal/BOM | Steve Emery/Williams Porter Day & Neville | complaint filed | 2,500.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Mickelson/Medmal/BOM | Steve Emery/Williams Porter Day & Neville | complaint filed | 2,500.00 | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Beatty/Medmal | Steve Emery/Williams Porter Day & Neville | complaint pending per records | | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| Rein/Medmal | Steve Emery/Williams Porter Day & Neville | complaint pending per records | | 150,000.00 | ongoing | Reserve secured for Defense and Expert Fees |
| **Totals** | | | **1,632,430.39** | **3,256,860.00** | | |

*Note: Reserves include cost of defense, expert fees, trial costs*