EXHIBIT D

NRIC Bank Statement – value of reserve and date post Biles settlement.



# Business Statement

Account Number:
1 500 9580 0796

Statement Period:
Aug 1, 2012
through
Aug 31, 2012

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5260    TRN                        Y    ST01

Page 1 of 1



000080625 1 SP      106481758672291 S
NORTHERN ROCKIES INSURANCE COMPANY LLC
1739 SPRING CREEK DR STE 200
BILLINGS MT 59102-6756

☎                        *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**                     1-800-673-3555

**Telecommunications Device**
**for the Deaf:**                  1-800-685-5065
**Internet:**                      usbank.com

---

# PREFERRED BUSINESS MONEY MARKET                    *Member FDIC*

U.S. Bank National Association                 Account Number 1-500-9580-0796

## Account Summary

|  | # Items |  |  |  |
|---|---|---|---|---|
| Beginning Balance on Aug 1 | | $ | 2,953,344.31 | |
| Customer Deposits | 1 | | 2,800,000.00 | |
| Other Deposits | 3 | | 268.58 | |
| Other Withdrawals | 3 | | 2,800,054.00 - | |

| Annual Percentage Yield Earned | | 0.10% |
|---|---|---|
| Interest Earned this Period | $ | 214.58 |
| Interest Paid this Year | $ | 245.59 |
| Number of Days in Statement Period | | 31 |

| Ending Balance on  Aug 31, 2012 | $ | 2,953,558.89 |
|---|---|---|

## Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Aug 6 | 9798747710 | 2,800,000.00 |
| | | **Total Customer Deposits** | **$ 2,800,000.00** |

## Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 8 | Reversed Fee | Returned Deposited Item | $ | 19.00 |
| Aug 8 | Refunded Overdraft Charge | | | 35.00 |
| Aug 31 | Interest Paid | | 3100005779 | 214.58 |
| | | | **Total Other Deposits** | **$ 268.58** |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 2 | Returned Deposited Item | Fee | 1000104244 | $ 19.00- |
| Aug 2 | Deposited Item Returned | | 1000104244 | 2,800,000.00- |
| Aug 3 | Overdraft Charge | | 1000104244 | 35.00- |
| | | | **Total Other Withdrawals** | **$ 2,800,054.00-** |

**us bank.**

## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.     $_____

5. Total lines 3 and 4.                                         $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5.  This is your balance.                   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## CONSUMER BILLING RIGHTS SUMMARY
### What To Do If You Think You Find A Mistake on Your Statement
If you think there is an error on your statement, write to us at: U.S. Bank, P.O. Box 64991, St. Paul, MN 55164-9505.  In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## SPECIAL RULE FOR CREDIT CARD PURCHASES
If you have a problem with the quality of the goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address.  If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

## RESERVE LINE
Reserve Line Balance Computation Method: To calculate the **Balance Subject to Interest Rate**  (sometimes referred to as the "average daily balance"), we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid interest charges. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your **Balance Subject to Interest Rate**. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.



EQUAL HOUSING
**LENDER**

Member FDIC

**45**