APPENDIX G

Wyoming policy on admissibility of NRIC medical malpractice coverage.

Dear Dr. Schneider:

Attached is the email that we received from the state. Please let me know if you get any information from them that changes this picture.

As we discussed, I will contact our attorney re: any intermediate options we have while you work through this issue with the state.

I will present your ideas re: PVHC employing you to the Board Monday evening.

Also, unless we are able to work something else out by end-of-business, we will need to cancel your Monday cases. We can talk about whether you want us to contact the patients for you or not.

Thanks again for taking the time to talk with me.

**Bill**

**From:** Jim Mitchell [mailto:jim.mitchell@wyo.gov]
**Sent:** Friday, January 25, 2013 08:44 AM
**To:** Sina Coguill
**Subject:** Re: credentialing insurance

Sina Coguill:

The Wyoming Insurance Department has <u>not</u> issued a Certificate of Authority to Northern Rockies Ins. Co. LLC. to conduct the business of insurance in the state of Wyoming. The company should not be issuing insurance policies covering risks in the state of Wyoming.

Sincerely,

James Mitchell

Staff Attorney

WY DOI

On Fri, Jan 25, 2013 at 8:06 AM, Sina Coguill <scoguill@pvhc.org> wrote:

Jim:

Thank you for your time this morning. I appreciate you emailing the verification regardingif the State of Wyoming recognizes Northern Rockies Insurance Company located in Billings, MT. The physician who is providing me his insurance with that company is John H. Schneider, Jr., MD.