EXHIBIT I

Monaco – Coroners testimony regarding cause of death

1    Let me ask you about the Supplemental
2  Toxicology Report.
3     A.  Yes.
4     Q.  And that's Exhibit N is the formal
5  one?
6     A.  Yes.
7     Q.  Tell me what this -- well, first of
8  all, this report is dated January 24th, 2011.
9        And the positive findings are for
10 Fentanyl and Norfentanyl.
11       Is Norfentanyl, the metabolite?
12    A.  Yes, sir.
13    Q.  And the result was -- of Fentanyl was
14 1.2 nanograms per milliliter in the blood.
15    A.  Yes.
16    Q.  And the Norfentanyl was 0.20 nanograms
17 per milliliter in the blood, also.
18    A.  Yes, sir.
19    Q.  What's the significance of those
20 results?
21    A.  Well, that meant that he had Fentanyl
22 in his system appearing to be all from that
23 patch that was on his left arm.  It had been in
24 the system long enough that he as able
25 metabolize to Norfentanyl.

Page 59

1        And there was a significant level found
2  in the blood, which was as a narcotic, a
3  narcotic that it's about probably, I think they
4  estimate Fentanyl's 80 times more potent than
5  morphine.  So it's a very potent narcotic.
6  Great pain reliever.
7        But, it was present in a significant
8  amount, and sufficient, in my opinion, to add to
9  the effects of all the other drugs we talked
10 about as far as those quantitated on the front.
11    Q.  Was it sufficient by itself to cause
12 death?
13    A.  Probably not.
14       This was his third day of having the
15 patch on, or late into his second day of having
16 the patch on.  He, therefore, had used over half
17 the drug that was in the patch already by virtue
18 of going through the skin.
19       The level of 1.2 is not that great, but
20 it always has to be reviewed with the
21 understanding of postmortem redistribution.
22       In fact, there' another article just
23 came out last month in the "Journal of Medical
24 Toxicology" by an author Gill, G-I-L-L.  So if
25 you want to check that one out.

Page 60

1  But it talks about the uncertainties of
2  postmortem Fentanyl levels.
3        All we can say is that's a significant
4  level.  It showed he was using the patch.  His
5  body was metabolizing, and it's a drug that
6  would add its effects as a narcotic to
7  oxycodone, meperidine and diazepam.
8     Q.  On the back of Exhibit N are reference
9  comments.
10    A.  Yes.
11    Q.  And I'm looking at the third paragraph
12 under No. 1.  It says,
13         "After application of a
14      fentanyl transdermal
15      preparation (patch), serum
16      fentanyl concentrations are
17      reported to be in the
18      following ranges within 24
19      hours:"
20       What is that trying to tell us, or what
21 is it telling us.
22    A.  Well, that shows what you can expect to
23 get in a living person, in a sample taken from a
24 living person, if they have been using a patch
25 of those various concentrations, and generally,

Page 61

1  I believe those are the four most common dosages
2  you can get the patch dispensed in.  He was
3  started on that 50 microgram per hour patch, not
4  the smallest one, and they estimate after 24
5  hours, if you put that patch on intact skin,
6  don't heat it, use it appropriately, protect it,
7  you'll get a level until your serum of -- the
8  watery part of your blood, that is, the serum,
9  of between 0.6 and 1.8 nanograms per
10 milliliter.  And that's not allowing for any
11 postmortem redistribution.  That's just in just
12 the steady state.
13    Q.  And what about the significance, if
14 any, of the finding or the result with respect
15 to Norfentanyl?
16    A.  Norfentanyl?
17       Let me just check to see if Norfentanyl
18 is an active metabolite.
19       Norfentanyl is one of the first
20 metabolites.  It says norfentanyl has been found
21 in human plasma at levels similar to that of the
22 parent drug.  It's detectable at the 72 hours of
23 concentrations in urine also.
24       It doesn't say here whether it's
25 metabolically active or not.

16 (Pages 58 to 61)

Page 62

1   All you can state-- all I can state,
2  based upon the report, is that norfentanyl was
3  present indicates that his body had metabolized
4  it in the liver to the norfentanyl.  And the
5  contribution, I'm not sure about, if that also
6  contributed to respiratory depression or not.
7     Q.  So, am I correct that none of these
8  four drugs that you listed in the -- as
9  combining to kill him, by themselves would have
10 done so?
11    A.  I would not opine that any one of those
12 drugs would have been lethal in and of itself.
13    I would state that since you have three
14 narcotics and one benzodiazepine, all of which
15 have central nervous system activities, they
16 contributed.  Their effects would be at least
17 additive.
18    Q.  Can we go further, drill down on that
19 and talk about which one was more of a cause
20 than the other?
21    Are you following me?
22    A.  I think so.
23    Q.  I mean, can you say, for example, that
24 75% of the cause of the death was Fentanyl, or
25 50%, or they're all equal?  Can we break it down

Page 63

1  any further like that?
2     A.  I wouldn't.
3     I'd say of all the drugs present, the
4  Meperidine appears to be the least potent and,
5  thus, at the least amount.  But even the
6  narcotics have different postmortem
7  redistribution.
8     So with all this, I wouldn't break it
9  down to percentagewise saying his Oxycodone was
10 50%, the Fentanyl was 49% or, you know,
11 whatever.  I wouldn't do that.
12    Q.  And a slightly different twist on that
13 same kind of analysis.  Can you eliminate one of
14 these and say if that wasn't in there, then he
15 wouldn't have died?
16    A.  No.
17    Q.  Can you say if two of them weren't in
18 there, then he still wouldn't -- or he would not
19 have died?
20    A.  Can't say that.
21    All I can say is that if you remove any
22 one of those drugs, and the other three would
23 stay at their same levels, it would be less
24 likely, but I couldn't say he wouldn't have
25 died.

Page 64

1   And if they took away, the other two
2  stayed at the same levels we see, again, even
3  less likely, but he still could have died.  So,
4  I still can't say that.
5     Q.  All right.
6     (Getting exhibits organized.)
7  BY MR. EMERY:
8     Q.  I'm looking, Dr. Bennett, at Exhibit Q,
9  which is the -- what is this again?
10    A.  This is the rough draft of the
11 coroner's report accompanying the death of
12 Mr. Monaco.  I believe Officer Fehr prepared
13 that at the scene and brought it with him just
14 so I'd have at least something to look at.
15    Q.  In the lower left corner, there is a
16 box that says "Person Discovering Deceased"?
17    A.  Pointing to his wife, Kathy Monaco.
18    Q.  And then there's some handwriting here,
19 at the top of which, it says, "3 ruptured
20 discs"?
21    A.  Yes.
22    Q.  Do you know whose handwriting that is?
23    A.  It looks like Chad Fehr's.
24    Q.  And do you know what he's talking
25 about?

Page 65

1     A.  Probably when he talked with
2  Ms. Monaco, she told him that he had three
3  ruptured discs and gave him all that
4  information.
5     Q.  And she -- and I think we've seen this
6  elsewhere in the exhibits, that he took some
7  medication at 11:30 p.m., and then she found him
8  at 6 a.m.?
9     A.  Yes.
10    Q.  Do you know what -- and I don't recall
11 seeing elsewhere this reference to "leg
12 spasms".
13    A.  I don't recall what that is either.
14    Q.  Now I'm looking at Exhibit R.
15    And under the "Decomposition", can you
16 interpret?
17    A.  Sure.  I just checked "None".
18    What I usually mean by that is, I do
19 start to see evidence of gross deterioration.
20 Then like two to three days after a person dies,
21 you start to get bacterial growth in the body.
22 The rigor mortis disappears because the cells
23 are breaking down themselves even, and I didn't
24 see that.
25    Q.  With respect to rigor mortis, you

17 (Pages 62 to 65)

Page 66

1  circled "early", "mild", "throughout".
2      A. Yes.
3      Q. What does that mean?
4      A. That meant that it was -- "mild" is a
5  very subjective term, just how stiff are the
6  muscles.
7          Obviously it's like, you know, if
8  there's no, then it's flaccid. It's just loose.
9  "Mild" means there's some stiffness.
10         "Marked" means that it's just so rigid
11 you can basic -- you can barely open the muscles
12 back up again to do your examination, okay.
13         So, just mild. It was present.
14         When I did break it by, say, I
15 straightened his arms out, he would re-form in
16 that position, which means his muscles hadn't
17 completely gone into the process of rigor
18 mortis. So, it just tells me he's in those
19 first few hours.
20         Usually 12 hours after death, you start
21 to get late, where it won't re-form once you put
22 the body in a new position. So, it just says
23 it's the early -- you know, less than 12 hours
24 of death based upon that.
25     Q. And what about "Lividity"? You put

Page 67

1  "red-violet". What does that mean.
2      A. Red-violet is the color.
3          When you know -- you know why your
4  veins are blue is because the -- taking the
5  oxygen out of the blood gives it a darker color,
6  so that light reflects the bluish color or the
7  deeper violet color.
8          And it's just the change by virtue of
9  deoxygenated blood.
10         When you die, your tissues still use up
11 all the oxygen in the blood, so your blood
12 starts to get darker reddish-violet color.
13         It is on his back because he was found
14 on his back. And it was early fixed, which
15 means -- well, in the first 8 to 12 hours after
16 a person dies, the blood stays in the vessels in
17 a liquid condition usually, and can -- if you
18 turn the person over, it will now settle through
19 gravity to the new lowest position.
20         After 12 hours, blood vessels become
21 more porous; the blood leaks out. It's fixed in
22 that spot, so if you turn a person over, it
23 won't change.
24     Q. Okay.
25         Now I'm showing you Exhibit S, which is

Page 68

1  the question of literature.
2          Tell me, what do these show?
3      A. Well, there are just four articles I
4  pulled out. Two from the American literature
5  and two from the British literature.
6          The "Annals of Pharmacotherapy" have an
7  article here talking about the Fentanyl
8  transdermal system. They call it various
9  things, IONSYS, iontophoretic -- what's it
10 called here -- yeah, Iontophoretic Transdermal
11 Fentanyl System, the Fentanyl Patch.
12         Let's call it Fentanyl Patch from now
13 on.
14         But that's one thing saying it may
15 serve as an alterative mode for the management
16 of acute pain in the postoperative period.
17         The manufacturers for the longest time
18 and general belief was that Fentanyl is great
19 intravenous in surgery or in the acute stage,
20 but if you're going to put someone into it, it's
21 usually a chronic pain patient who's not
22 reacting, or is responding to other methods of
23 narcotic pain relief. And it was discouraged,
24 if not contraindicated, to use it in the acute
25 postsurgical place.

Page 69

1          There is a letter here in the --
2      Q. And is this article saying otherwise,
3  is that what you're saying?
4      A. This is suggesting here in 2006 that it
5  may be an alternative managed -- or mode for the
6  management of acute pain.
7          And that's comparing it because it's
8  just a patch on the skin, comparing it to
9  somebody who has the morphine pump. You have to
10 worry about preparing the drug, getting the
11 i.v.'s access, keep it clean and everything
12 else.
13         A patch is easier than intravenous
14 drugs or the morphine pump, so they're saying
15 let's try and use it. This suggested it could
16 be used.
17         This is as a Letter to the Editor in
18 2002 in the answer "Anesthesia Analgesia
19 Journal", which says -- down here, it's
20 Page 781, the bottom of the first paragraph,
21         "...these data support
22         our conclusion that
23         transdermal fentanyl
24         patches are unsuitable for
25         postoperative pain

18 (Pages 66 to 69)

Page 70

```
 1        management, and the
 2        possibility of variability
 3        in absorption should be
 4        considered."
 5     You have to worry about that.
 6        Since you're using a -- and the reason
 7  being is, when you're using a system like the
 8  patch, it depends on having intact skin, but
 9  also it's increasing heat over the area will
10  increase absorption rate.
11        And I've had cases where I -- well, I
12  did an autopsy on one guy that put a hot water
13  bottle over it to increase absorption.
14        I had one person that actually took
15  blue surgical towels and put a hot charcoal
16  briquet on top of it, knowing that it would
17  increase absorption, and it actually burned the
18  outer layer of that hot towel.
19        So, I've seen abuse of it using the
20  heat factor.
21        You worry about with heat, that you may
22  absorb the Fentanyl too fast.  That's a worry.
23  That's one of the factors they worry about in
24  this -- surgical pain patients.
25        Then I just have two other articles
```

Page 71

```
 1  from the British literature, 2007, and they both
 2  say that it may be good again.  So, just the
 3  fact that it's been discouraged for a long time,
 4  it may be good.  The British literature likes to
 5  use it a lot.  But there is some controversy
 6  about it.
 7     Q.  What do you mean by "postoperative"?
 8     A.  Postoperative is after surgery.
 9     Q.  How long?
10     A.  Right afterwards.
11     Q.  Can you quantify it?
12     A.  Within a few days.
13     Q.  Can you quantify it in hours?  How many
14  hours postoperatively is the postoperative
15  phase?
16     A.  Mm, usually what they are trying to
17  say is that if we -- my understanding of this,
18  again it's just my understanding because I don't
19  prescribe it, and I never prescribed Fentanyl
20  Patches.
21        But my understanding having worked with
22  Fentanyl cases for years and years, is with a
23  couple days.  Now, in hours, that would be
24  48 hours, 72 hours, 96 hours, something like it.
25        You don't use it for postoperative pain
```

Page 72

```
 1  because you recognize that the pain from surgery
 2  will go away.
 3        The chronic pain beneath that is
 4  something else to deal with, so you wait for the
 5  postoperative pain to go away before you put
 6  them on something as strong, as potent, and it's
 7  used for chronic pain, like Fentanyl.  Use them
 8  something else, like the Oxycodone.  Use them
 9  like whatever else might be, the MS Contin, or
10  something else.  Morphine pump, whatever.
11        They don't recommend the Fentanyl,
12  which is the best drug for -- most patients will
13  be on it probably the rest of their lives.
14     Q.  So what these articles are talking
15  about is a debate about whether to use Fentanyl
16  within with the postoperative period?
17     A.  Correct.
18     Q.  And the gist I'm getting from you is
19  that three of these say yes, and one of them
20  says no, to be very crude about it?
21     A.  Well, one says no, and the other two
22  say it may be good.
23     Q.  Okay.
24     A.  So, that's where we're left.
25     MR. EMERY:  Let's take a break.
```

Page 73

```
 1     MR. HAGEMAN:  We'll go off the record.
 2  The time is 3:11.
 3       (Off the record.)
 4     MR. HAGEMAN:  We're back on the
 5  record.  The time is 3:17.
 6  BY MR. EMERY:
 7     Q.  Doctor, was there anything in the
 8  autopsy that pointed to or pointed away from
 9  this patient having sleep apnea?
10     A.  And sleep apnea is a functional
11  disturbance, not necessarily a structural
12  finding to go along with it.
13        It's one where obesity is common with
14  it, and that's about all you can say.
15        He could have had sleep apnea.  It
16  was never diagnosed.  I guess anecdotally,
17  Dr. Schneider says his wife said he would snore
18  a lot and have periods where he didn't breathe.
19  So, it may be, but it was never diagnosed.
20     Q.  And there's nothing in your autopsy
21  that could confirm or refute that?
22     A.  No.
23        All I can say is that he has the
24  obesity, which is one of the major risk factors
25  for it.
```

19 (Pages 70 to 73)