APPENDIX J

Monaco case – deposition of office manager

```
 1          BEFORE THE WYOMING BOARD OF MEDICINE

 2

 3   JAMES A. ANDERSON, M.D., ) OAH Docket No.
     and RAY JOHNSON, PA-C,   ) 12-110-052
 4                            ) Docket No. 12-08
              Petitioners, )
 5                            )  VIDEO DEPOSITION
         vs.                  )
 6                            )
     JOHN H. SCHNEIDER, JR.,  )         OF
 7   M.D.,                    )
                              )
 8            Respondent.  )      LISA PARKER

 9

10                            1739 Spring Creek Lane
                              Billings, Montana
                              August 27, 2012
11
     APPEARANCES:
12
                  WILLIAM G. Hibbler
13                BILL G. HIBBLER, P.C.
                  P. O. Box 2143
14                Cheyenne, Wyoming  82003-2143

15                    For the Wyoming Board
                      of Medicine.
16
                  Stephen H. Kline
17                KLINE LAW OFFICE, P.C.
                  P. O. Box 1938
18                Cheyenne, Wyoming  82003-1938
                         -and-
19                Stephenson D. Emery, Esq.
                  WILLIAMS, PORTER, DAY & NEVILLE
20                P. O. Box 10700-3902
                  Casper, Wyoming  82602
21
                      For the Respondent.
22
                  Also present: Connie Schepp
23                           Joel Hageman,
                              Videographer
24

25
```

1                    The video deposition of LISA PARKER,

2     produced, sworn and examined upon her oath on

3     the 27th day of August, 2012 commencing at

4     6:35 p.m., at 1739 Spring Creek Lane, Billings,

5     Montana, before me, Frances L. Mock, a

6     free-lance shorthand reporter, a Notary Public

7     within and for the State of Montana, pursuant to

8     notice and the Wyoming Rules of Civil Procedure,

9     for the examination of the said LISA PARKER, a

10    witness called for examination by the Respondent

11    herein, in a certain suit and matter in

12    controversy now pending and undetermined before

13    the Wyoming Board of Medicine, being OAH

14    Docket No. 12-110-052, Docket No. 12-08.

15

16

17

18

19

20

21

22

23    "mm-hmm" is yes

24    "huh-uh" is no

25

```
1                    I N D E X

2                                          Page

3     Examination by Mr. Kline                 5

4     Examination by Mr. Hibbler              17

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            MR. HAGEMAN:  Let the record show that

2   this is the videotape deposition of Lisa Parker

3   in the matter of James A. Anderson, M.D. and

4   Ray Johnson, PA-C, Petitioners, versus John H.

5   Schneider, Jr., M.D., Respondent, before the

6   Wyoming Board of Medicine, OAH Docket

7   No. 12-110-052, Docket No. 12-08 (Formerly

8   Complaint No. 504).

9            The date today is August 27th, 2012.

10  The time on the video monitor is 6:35 p.m.

11            My name is Joel Hageman.  I'm the

12  videotape operator today.

13            Our court reporter today is Fran Mock.

14            Counsel, please voice identify

15  yourselves and state whom you represent.

16            MR. KLINE:  This is Steve Kline here on

17  behalf of Dr. Schneider.

18            MR. EMERY:  My name is Steve Emery.  I

19  represent Dr. Schneider.

20            MR. HIBBLER:  And Bill Hibbler,

21  representing the Wyoming Board of Medicine.

22            MR. HAGEMAN:  Would the reporter please

23  swear the witness.

24  //

25  //

1            LISA PARKER,

2    having been first duly sworn to state the truth,

3    the whole truth, and nothing but the truth,

4    testified upon her oath as follows:

5            EXAMINATION

6    BY MR. KLINE:

7        Q.  Can you please give us your name and

8    office address?

9        A.  Lisa Mary Parker.  Office address is

10   1739 Spring Creek Lane, Suite 200, Billings,

11   Montana  59102.

12       Q.  Okay.

13            Ms. Parker, have you ever had a

14   deposition taken before?

15       A.  I have not.

16       Q.  Do you think you understand the process

17   we're going through here today?

18       A.  I do.

19       Q.  If you have any questions as we go

20   along, make sure you ask us, or ask me to repeat

21   anything you don't understand because we're

22   going to assume that if you give us an answer,

23   that you understood the question.

24            Fair enough?

25       A.  Okay.

1       Q.  Ms. Parker, how are you employed?

2       A.  I'm a salaried employee.

3       Q.  I guess, but whose employee?

4       A.  Northern Rockies NeuroSpine, Dr. John

5   Schneider.

6       Q.  How long have you been employed by

7   Northern Rockies NeuroSpine and Dr. Schneider?

8       A.  About two years.

9       Q.  What is your present job?

10      A.  I'm the office manager.

11      Q.  And you are located here in Billings?

12      A.  I am now.

13      Q.  You have not always been located in

14  Billings?

15      A.  No.

16      Q.  So, where did you work before that?

17      A.  I traveled back and forth between

18  Billings office and the Cody office in Wyoming.

19  And when we had clinics, that's when I would be

20  down in Cody.

21      Q.  Tell us about the office that

22  Dr. Schneider had there in Cody.  Where was it

23  located?

24      A.  I'm not sure of our exact address down

25  there.  I drive by it every time I go to

```
 1    Walmart, but I don't remember the address.
 2            It's Yellowstone -- we were Suite 140
 3    down there, is what we were.  I think it's
 4    424 Yellowstone Avenue.
 5            It's a small town.
 6       Q.  We better get this on the record.
 7            You're not from Cody originally?
 8       A.  I am now, but I wasn't always.
 9       Q.  All right.
10            You're relatively recent to the area?
11       A.  I am.
12       Q.  Was that office located on what I would
13    call the strip west of Cody?
14       A.  Yes.  It's called the West Strip.
15       Q.  Okay.
16       A.  Diagonal to Walmart.
17       Q.  And was it a -- was your office the
18    only office in that particular building?
19       A.  No.
20            It's the Urgent Care Building.  It's
21    also call the Cathcart Building, and our office
22    was on the bottom floor around back.
23       Q.  Okay.
24            And can you describe that office for
25    us?
```

1       A.  We shared an office with two other

2   doctors.  We each had our own specific date that

3   we would see patients in there, and our day was

4   Thursday typically, although sometimes we did

5   see patients on other days down there.

6       Q.  So, Thursday was typically the clinic

7   day in Cody?

8       A.  Yes.

9       Q.  And were you in the office, then, every

10  Thursday?

11      A.  Every Thursday.

12      Q.  And describe that office setup, if you

13  would, please.

14      A.  When patients first came in the first

15  door, my front desk station was right at the

16  very first station.

17          Then Dr. Winzenried's receptionist is

18  the next person in line.

19          We had a whole line of employees that

20  worked there.

21          And the third station was Dr. Frazier's

22  office station.

23          And as patients went through the big

24  reception area through the door, there was like

25  a nursing station, which we didn't utilize.

1      That wasn't anyplace where we sat.

2              But there is four operatories, or exam

3      rooms, along the left side of that inner door,

4      and there was one on the right-hand side on the

5      -- next to the nurse's station.

6              Then there was a bathroom on the

7      right-hand side, and then there's -- far corner

8      was our office where Dr. Schneider, Harley and

9      -- that's Harley Morrell -- and Teresa's

10     station was.  Only I took over Teresa's area

11     when I would go back there.

12     Q.  I'm going to draw your attention to the

13     week after Thanksgiving --

14     A.  Okay.

15     Q.  -- last year, 2011.

16             Were you working that Monday?

17     A.  I was.

18     Q.  And where were you?

19     A.  I was here in this building.

20             We had just moved here.

21     Q.  So you were in Billings?

22     A.  I was.

23     Q.  And who was in the office in Cody,

24     anyone?

25     A.  No one.

1          Q.  Do you remember receiving a phone call

2    from Dr. Schneider on that Monday?

3          A.  I do.

4          Q.  And tell us what you recall about that

5    phone call.

6          A.  He asked me to patch him through to the

7    Billings Clinic.

8              And with our phone system here, that's

9    how I transferred it.  I hit "Transfer", an

10   outside line, and then I dialed the number.  And

11   then I hit "Transfer" again, and they're gone.

12         Q.  Was that something you did with

13   frequency for him?

14         A.  I did.  I still do.

15         Q.  Okay.

16             And tell us the best you can recall

17   everything that was said in that phone

18   conversation between you and him.

19         A.  Between doctor and myself?

20         Q.  Correct.

21         A.  He asked me to patch him through to

22   Billings Clinic.

23             I looked up the number.  And I dialed

24   the number with the preceding "Transfer, 9",

25   which is the outside line, and then the number,

1    and I hung up.

2            And then he called me back, I don't

3    know, an hour or so later and said "Would you

4    call again" -- because he wasn't able to get

5    anybody -- "and leave a message."

6            I got busy, and I didn't do it.

7        Q.  Do you remember what time the first

8    call came?

9        A.  No.

10       Q.  Do you have any --

11       A.  It was morning, if that helps.

12           I don't recall the time.  That was a

13   long time ago.

14       Q.  Somewhere between 8 and 12?

15       A.  Yes.

16       Q.  I'm going to -- well, let me back up a

17   minute.

18           Do you remember whether or not he gave

19   you the name of any particular part of the

20   clinic or a doctor or --

21       A.  I don't recall.

22       Q.  Let's fast forward to Thursday of that

23   week, which I believe was December 1st.

24       A.  Yes.

25       Q.  Did you -- or where were you on that

1    day?

2        A.  I was in Cody.

3        Q.  Working a clinic?

4        A.  We had clinic that morning.

5        Q.  Did you receive a call from West Park

6    Hospital that day?

7        A.  I did.

8        Q.  Tell us what you can remember about

9    that phone call.

10       A.  The nurse on the other end of the line

11   said she was from West Park Hospital calling

12   about Russell Monaco, and she would like to talk

13   to either Harley or Dr. Schneider.

14       Q.  Okay.  Let me stop you there.

15           Do you remember the name of that nurse?

16       A.  No.

17       Q.  Go ahead.

18       A.  When I get a call like that, I put them

19   on hold, because we have phones in the office,

20   too, and I walked to the back, which is quite a

21   ways, so I took advantage of getting a cup of

22   coffee, making my coffee, because I knew it was

23   about Kathy's husband, and I hung out and

24   listened.

25       Q.  Let me ask you first, did you -- when

1    you got a call like that, is there one of the

2    two of those, either Dr. Schneider or

3    Mr. Morrell, that you would typically patch

4    through to first?

5        A.  Well, primarily if doctor is available,

6    I give it to him.  He is the doctor, and he

7    would know the most.

8            But when he's not available, and they

9    ask for either, I got Harley because he was the

10   only one in the office.

11       Q.  So you are saying that actually you

12   patched it through to Mr. Morrell that day?

13       A.  I walked back there, and he was the

14   only one in there, and I told him West Park is

15   on hold.

16       Q.  Was Dr. Schneider anywhere in that

17   area?

18       A.  He wasn't in the office.  He was in

19   with a patient.

20       Q.  In one of the exam rooms you had

21   described?

22       A.  Yes.

23       Q.  Okay.

24           You said you got a cup of coffee?

25       A.  I did.

1          He was working on his computer when I
2    first went in there.  He picked up the phone,
3    and he said "Hold on a minute" and put the phone
4    down to set it on the table while he finished
5    typing whenever it was he was on the computer
6    on, and then picked it back up.
7          And then he just said, "That oxygen
8    level's fine.  He's good to go."
9          So, he -- when he got off the phone, he
10   said that, you know, the dis -- he discharged
11   Russ, because I asked him.
12          I said, "Was that about discharging
13   Russell, because he said "he was good to go",
14   and he said yes.  And so he was off the phone at
15   that point, and I said, "Good.  Kathy will like
16   that."  She had been down there for almost a
17   week.
18          Q.  Anything else you remember about that
19   phone call?
20          A.  Not about the phone call.
21          Q.  Do you -- were you there in the coffee
22   area during the entire phone call?
23          A.  I was.
24          Q.  And where's the coffee area compared to
25   the setup that you described for us earlier?

1        A.  They have tables that look like

2    U-shape, and they're all hooked together for

3    their desk, and the coffee is directly behind on

4    the other side of the room, which is a small

5    room, right there where that H part would be.

6    So, basically two feet.

7        Q.  What role did Dr. Schneider play in

8    that phone conversation?

9        A.  He wasn't there at all.  He was in with

10    the patient.

11        Q.  And did Mr. Morrell get up, and go

12    consult with him?

13        A.  Not during that phone call.

14            When Dr. Schneider came back in the

15    office in that cubicle area there where the two

16    of them sit, he said he released Russell Monaco,

17    and that's all he said.  And he went out to get

18    the next patient.

19        Q.  Who went out to get the next patient?

20        A.  Harley.

21            MR. KLINE:  That's all I have.  Thank

22    you.

23            Oh, wait.

24            (Pause.)

25    BY MR. KLINE:

1          Q.  Do you remember any discussion during

2     that phone call with West Park Hospital about an

3     oxygen level?

4          A.  Yes.

5               He told the nurse that the oxygen level

6     was fine and to go ahead and discharge him.

7          Q.  Do you remember any particular numbers?

8          A.  I don't recall the numbers.

9          Q.  Were there any other discussions about

10    that oxygen level?

11         A.  No.

12         Q.  Did you ever hear him discuss with

13    Dr. Schneider the oxygen level?

14         A.  No.  It went on business as usual.  We

15    saw patient after patient.

16              MR. KLINE:  Now I'm done.  Thank you.

17              THE WITNESS:  You're welcome.

18                   EXAMINATION

19    BY MR. HIBBLER:

20         Q.  Mrs. Parker, hello again?

21         A.  Hi.

22         Q.  My name is Bill Hibbler.  I'm with the

23    Wyoming Board of Medicine.

24              In November -- let me ask it this way:

25              Do you live in Billings now?

1       A.   No.

2       Q.   You live in Cody?

3       A.   Yes.

4       Q.   And how long have you lived in Cody?

5       A.   I think the year was 1997 when I moved

6   there.  Partway through the year.

7       Q.   And when you worked in both Cody and in

8   Billings for Dr. Schneider, I take it you

9   commuted up to Billings?

10      A.   Not every day.

11      Q.   Okay.

12           What was your schedule?

13      A.   It would vary.

14           It depends on when our clinic was in

15   Cody and when we would come up here.

16           Sometimes we would borrow a day from

17   one of the other doctors.  But the days that we

18   had clinic down there, no matter whether it was

19   a Tuesday or a Thursday, whatever the day

20   happened to be for clinic, I would go down there

21   for the clinic day.  Other than that, I worked

22   up here.

23           It didn't start out that way, but

24   that's how it ended.

25      Q.   Is there someplace in West Park

1    Hospital that Dr. Schneider sees patients other

2    than hospital patients?

3         A.  Yes.

4         Q.  And where would that be in the

5    hospital?

6         A.  I don't know.

7         Q.  Then how do you know that he sees other

8    patients?

9         A.  Because we schedule him in between his

10   surgical patients.  We'll schedule quite often

11   in between, like during the consent time frame,

12   we will stick another patient in there for him

13   to look at.

14        Q.  But physical location-wise, you don't

15   have any idea where that occurs in West Park

16   Hospital?

17        A.  I don't go to the hospital very often.

18        Q.  Okay.

19             What is your personal cell phone

20   number?

21        A.  (307) 899-0560.

22        Q.  Was that the same cell phone number you

23   had back in November of 2011?

24        A.  Yes.

25        Q.  And do you have a phone number here at

1    the Omni that is different from the main phone

2    number?

3         A.   We have an extension.

4         Q.   What is the phone number of the Omni?

5         A.   (406) 651-8197.

6         Q.   And if I wanted to call here and talk

7    to you personally, is there a phone number that

8    I can call to get right to your desk, or do I

9    need to call the main number and get

10   transferred?

11        A.   In our phone system, you can call

12   directly into my phone.

13        Q.   Okay.

14             And then what would that phone number

15   be?

16        A.   I don't know.

17             There's a way to do it.  I don't recall

18   offhand.  I don't -- I -- I can't guess.  I

19   could go look.

20        Q.   Okay.

21             What's your extension?

22        A.   Now is different than what it was.

23        Q.   What was it in November of 2011?

24        A.   I think it's 2770, is what it was.  I

25   could verify that for you, but I don't know that

1    offhand.

2        Q.  Was the Omni open in November of 2011?

3        A.  Yes.  We had just moved in right before

4    Thanksgiving.

5        Q.  Tell me what the check-in procedure was

6    in November, in November/December, 2011 for a

7    patient to check into Dr. Schneider's clinic in

8    Cody?

9        A.  They would walk through the door.  I'd

10   ask them pertinent information - their name,

11   their insurance.  I'd collect co-pays, if there

12   was any.  Verify their addresses, and run it

13   through the Nexgen system as -- it's called

14   AutoFlow.

15       And you click on the AutoFlow, and it

16   brings you into the different screens.  Once

17   that's all the way through, a printout prints

18   out for the day for that appointment with the

19   patient's name and why they are here, time of

20   their appointment.

21       And then they have a seat.  I look for

22   an open room, and I would take that patient, or

23   Harley, whoever got to it first, and take that

24   sheet of paper.

25       And if the rooms are full, then I would

1   just take that paper, and we had like a -- kind

2   of like a file system, kind of like that went

3   down the wall that you would just put it -- the

4   next person in up above the one before.

5           So, if you had two people waiting, and

6   all the rooms were full, you'd have two pieces

7   of paper from the bottom up, is how you take

8   it.

9           So if they got done with a patient,

10  Harley or myself, or whatever, would room the

11  next person that's at the bottom of the list so

12  we would know that's the one that needs to be

13  taken next to a room.

14          And then when the room -- when the

15  person was in there, then I'd notify Harley, or

16  he would see it, because he was always out and

17  about, and seeing that patients are ready, and

18  put them in the room.

19      Q.  Describe for me a little further, if

20  you would, this printout that comes out after

21  you enter all of the information.  What does it

22  have on it?

23      A.  I don't know exactly.

24          I know it's got -- by memory, it's got

25  the date of the appointment, the patient's name,

1   the time of appointment, the reason -- the

2   details, the reason why they're there, and maybe

3   who the provider was supposed to be.

4          Other than that, I don't know what else

5   was on that.

6          Q.  And that would be different from a

7   history and physical, would it not?

8          A.  Yes.

9          Those are used for a day only just to

10  show that the patient's there.  Then they're

11  shredded, because then the information of why

12  they are there gets put in the system by Harley

13  or the doctor.

14         Q.  What was the typical starting time of

15  clinic in Cody on those Thursdays back in late

16  2011?

17         A.  I believe we start -- started most

18  clinics down there at 8 o'clock, maybe 8:30.

19         It depends on how the schedule went.

20  Sometimes we didn't have a patient scheduled

21  first thing, or they might have canceled.

22         Q.  And you mentioned that you take them

23  back, or if Harley gets the sheet or this.  You

24  mentioned Harley, and never -- or Mr. Morrell

25  and never mentioned Dr. Schneider.

1         Is there a reason you're are mentioning

2    Mr. Morrell as opposed to informing

3    Dr. Schneider the patient is available?

4         A.  Yeah, I wouldn't tell Dr. Schneider.

5         I do now.  Because Harley is not here.

6    But I wouldn't tell Dr. Schneider first because

7    Harley always saw the patient first.

8         So, if I roomed them, Harley would go

9    right in there afterwards, after I got done with

10   them because he did his thing first, whatever he

11   does with the patients.  Probably vitals or

12   something.  I don't know.  I'm not a nurse.

13        Q.  When was the first time that you became

14   aware that Russ Monaco had surgery in Cody?

15        A.  I don't really recall.  Probably was

16   that Monday.

17        Q.  What is the office policy on informing

18   the office that an employee is not going to be

19   in the office on a particular day for work?

20        A.  Well, I believe they're supposed to

21   call me or -- now, me or Teresa.  Because I'm

22   the office manager, they're supposed to let me

23   know.

24        Q.  And do you recall who contacted you to

25   let you know that -- or let me ask it this way:

1           Did Kathy Monaco contact you on Monday

2    to let you know she wasn't going to be in on

3    November 28th; that she wasn't going to be in

4    the office?

5           A.  I don't think so.

6           Q.  When did you first learn that she

7    wasn't going to be in the office on Monday,

8    November 28th?

9           A.  When she was not here, and I was.

10          Q.  Do you recall having a telephone

11   conversation with her that day?

12          A.  I don't recall having one.

13          Q.  Do you remember the first time that you

14   spoke with her concerning her husband's surgery?

15          A.  No, I don't remember.

16          Q.  On Sunday, November 27th, did the

17   Monacos stay at your house overnight?

18          A.  They did not.

19          Q.  Now, you said that when the phone

20   call came in from the nurse at West Park on

21   December 1st, the date of Mr. Monaco's

22   discharge, that you put the nurse on hold.

23          What was the reason for that?

24          A.  Because it's a long way from my desk

25   where I sat to the office, and if there's any

1    patients around, you always want to put them on

2    hold.  You don't want information from the

3    office going through a phone line.

4         Q.  Okay.

5             Explain that.  What patient?

6         A.  When you have an open phone, and you

7    just lay it down, number one, they couldn't have

8    been able to pick up the phone in the office

9    and, number two, if somebody walks in, says who

10   their name is to somebody else, that

11   information's floating in the air.

12            For HIPAA reasons, you can't leave that

13   phone like that.  You have to put them on hold.

14        Q.  Why isn't it that you didn't just

15   transfer the phone back to Mr. Morrell?

16        A.  Because I was getting a cup of coffee,

17   and I knew it was around -- it was about Russ,

18   because they told me that.

19        Q.  And during this conversation with this

20   nurse and Mr. Morrell, you had time to make

21   coffee; is that correct?

22        A.  It was already in process, because I

23   make it first thing in the morning, and so I was

24   mixing my creamer and my coffee all together.

25        Q.  And where were you when you heard this

1    conversation about oxygen?

2        A.  Standing between, what?  Three feet

3    from Harley.

4        Q.  But you weren't making your coffee at

5    the time?

6        A.  Yes, I was.

7        Q.  So the coffee maker was within three

8    feet proximity of where Mr. Morrell was taking

9    the phone call?

10       A.  That's correct.

11       Q.  Was it in the same room?

12       A.  Yes.

13       Q.  And you said that Mr. Morrell put the

14   phone down for a period of time during the phone

15   call?

16       A.  Very short time.

17       Q.  And then he continued to type on his

18   computer?

19       A.  Yes.

20       Q.  And then he picked the phone back up?

21       A.  Yes.

22       Q.  And when did the oxygen conversation

23   take place, during the time before he put the

24   phone down or the time after he picked the phone

25   back up?

1        A.  After.

2        Q.  And what was the conversation before he

3   put the phone down?

4        A.  I don't recall exactly when the phone

5   was picked up, put down.  It was a long time

6   ago.

7        Q.  Approximately how long would you

8   estimate that phone call was?

9        A.  That's a hard one to say.  Maybe -- I

10  don't know.  I wouldn't be able to guess.  I was

11  standing there, so it couldn't have been too

12  long.

13       Q.  Were you concerned that you were

14  overhearing patient confidential information

15  standing there?

16       A.  He's our patient at that point.  I

17  wasn't concerned.  I'm the office manager.  I

18  wouldn't say anything but within the confines of

19  our office.

20       Q.  Do you recall what time the phone call

21  came in?

22       A.  Not exactly.  Morning.

23       Q.  Do you remember if it was before

24  8 o'clock in the morning?

25       A.  No, it wouldn't have been before.

1          Q.  Why do you say that?

2          A.  Because he wasn't there, and we didn't

3    start clinic until 8.  I know we don't start

4    clinic before 8.

5          Q.  And are you positive you started clinic

6    at 8 o'clock on that day?

7          A.  Not exactly at 8, no, I'm not positive

8    of that.

9          Q.  But you are positive that Dr. Schneider

10   was already in seeing a patient?

11         A.  That I am, because --

12         Q.  I'm sorry, go ahead.

13         A.  Otherwise I would have given the call

14   to him.

15         Q.  How do you recall that he was already

16   seeing a patient?

17         A.  When I walked back there, he was

18   already in with a closed door, and he wasn't in

19   his office.

20         Q.  So when the call came in, did you know

21   he was in with a --

22         A.  Yes --

23         Q.  -- a patient?

24         A.  -- I did.

25         Q.  Do you recall the patient's name?

1      A.  No.

2      Q.  Have you gone back to look at any of

3  the office records to determine who the patient

4  was?

5      A.  No.

6      Q.  Have you gone back to look at any of

7  the office records related to the morning of

8  December 1st since the death of Mr. Monaco?

9      A.  No.

10      Q.  Do you have access to Mr. Monaco's file

11  in the office?

12      A.  I do.

13      Q.  When was the last -- have you ever

14  looked in his file?

15      A.  I haven't looked at it, but I've had to

16  print it for you.

17      Q.  Now, whose job would it have been to

18  provide those documents to the Board of

19  Medicine?

20      A.  That would be me.

21      Q.  Anybody else in the office?

22      A.  Teresa.

23      Q.  And who did participate in doing that,

24  yourself or both of you?

25      A.  Probably both of us.

1           If it hadn't been for Kathy's -- being

2    her husband, he would have been Kathy's job.

3    She's medical records.

4           Q.  The phone number for the Billings

5    Clinic, did you look up to patch Dr. Schneider

6    through?

7           A.  I don't know.  It was one in the phone

8    book.

9           Q.  And I guess that was more my question.

10   I didn't want to know the exact number.

11          Tell me how you went about determining

12   what number it would be that you dialed?

13          A.  I picked out Billings Clinic out of the

14   phone book and dialed that number.

15          Q.  How often has Dr. Schneider asked you

16   before to be patched to the Billings Clinic, if

17   ever?

18          A.  All the time.  I do that many times to

19   not just Billings Clinic, but to a lot of

20   people.  I do the same thing for patients that

21   need to talk to him, or pharmacies.

22          Q.  So, then your testimony is that

23   whenever you have patched, or been asked to

24   patch Dr. Schneider through to the Billings

25   Clinic, you dial just the main phone number,

1     correct?

2          A.   Yes.

3          Q.   And did you know where Dr. Schneider

4     was calling you from when he asked to do that?

5          A.   I don't recall.

6               MR. HIBBLER:  Steve, could I just have

7     a moment with Connie?

8               MR. HAGEMAN:  We'll go off record.  The

9     time is 7:08.

10               (Whereupon, a short recess was taken.)

11               MR. HAGEMAN:  We're back on the

12     record.  The time is 7:15.

13               MR. HIBBLER:  Ms. Parker, that's all

14     the questions I have. Thank you very much.

15               THE WITNESS:  Thank you.

16               MR. KLINE:  And I don't have any

17     additional questions either, but I could have

18     before you take your mic off, but I don't.

19               You have a right to read a copy of the

20     transcript that Fran will make of this --

21               THE WITNESS:  Okay.

22               MR. KLINE:  -- and there will be a

23     correction sheet attached.

24               I'm not your attorney, but I would

25     recommend that you do that rather than waive

1    that to make sure that it's been taken down

2    accurately what you said, and then if there are

3    any additions or -- excuse me, corrections you

4    need to make, make them on a Correction Sheet

5    that she will provide.

6              THE WITNESS:  Okay.

7              MR. HAGEMAN:  This will conclude the

8    deposition.  We'll go off the record.  The time

9    is 7:16.

10              (Whereupon, the deposition was

11    concluded at 7:16 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    DEPONENT'S CERTIFICATE

2

3          I, LISA PARKER, the deponent in the

4    foregoing deposition, DO HEREBY CERTIFY that I

5    have read the foregoing 32 pages of the

6    typewritten transcript, and that the same is,

7    with any changes made in ink by me on the

8    Correction Sheet, a full, true and correct

9    transcript of my oral testimony given at the

10   time and place hereinbefore mentioned.

11

12

13                          LISA PARKER

14        STATE OF MONTANA   )

15                           : ss.
     County of Yellowstone )

16

17          Subscribed and sworn to before me by

18   the said

19          LISA PARKER,

20   this    day of             , 2012.

21

22

23                 Printed Name:
                   Notary Public, State of Montana
24                 Residing in Billings, Montana
                   My Commission Expires:        .
25

```
1              C O R R E C T I O N S

2      Page  Line                    Correction

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                              LISA PARKER
25
```

```
 1                    CERTIFICATE

 2

 3      STATE OF MONTANA    )
                           : ss.
 4      County of Yellowstone )

 5              I, Frances L. Mock, a free-lance
        shorthand reporter, a Notary Public in and for
 6      the State of Montana, do hereby certify that
        previous to the commencement of the examination
 7      of the said LISA PARKER, a witness called for
        examination by the Respondent in the said suit
 8      before the said Wyoming Board of Medicine, being
        OAH Docket No. 12-110-052, Docket No. 12-08
 9      (Formerly Complaint No. 504), was duly sworn by
        me to testify the truth in relation to the
10      matters in controversy now pending and
        undetermined between the said parties so far as
11      she should be interrogated concerning the same;

12              That this deposition was taken in
        shorthand by me at 1739 Spring Creek Lane,
13      Suite 200, Billings, Montana, on the 27th day of
        August, 2012, commencing at 6:03 p.m., and was
14      reduced to typewritten form by me;

15              That the foregoing is a true
        transcript of the questions asked, the testimony
16      given and the proceedings had;

17              That I am neither attorney nor
        counsel, nor in any way connected with any
18      attorney or counsel for any of the parties to
        said action or otherwise interested in its
19      event.

20              IN WITNESS WHEREOF, I have hereunto
        set my hand and affixed my notarial seal this
21      1st day of September, 2012.

22              My commission expires December 19,
        2015.
23

24

25
```