EXHIBIT M

John H Schneider revocable trust ownership of capital account in Schneider limited partnership available to trustee Womack for liquidation. This trust WAS NOT revoked.

| Form **1065** | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2014, or tax year beginning _____, 2014,<br>ending _____, 20 ____.<br>▶ Information about Form 1065 and its separate instructions is at www.irs.gov/form1065. | | **2014** |

| **A** Principal business activity<br>INVESTMENTS | Type<br>or<br>Print | SCHNEIDER LIMITED PARTNERSHIP<br>3611 TOMMY ARMOUR CIRCLE<br>BILLINGS, MT 59102 | **D** Employer identification no.<br>26-1498675 |
|---|---|---|---|
| **B** Principal product or service<br>INVESTMENTS | | | **E** Date business started<br>1/01/2008 |
| **C** Business code number<br>523900 | | | **F** Total assets (see the instrs)<br>$ 3,184,340. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return (6) ☐ Technical termination — also check (1) or (2)

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**J** Check if Schedules C and M-3 are attached.................................................................. ☐

Caution. Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### INCOME

| | | | |
|---|---|---|---|
| **1 a** Gross receipts or sales..................................... | **1a** | 10,856. | |
| **b** Returns and allowances........................................ | **1b** | | |
| **c** Balance. Subtract line 1b from line 1a................................................. | | **1c** | 10,856. |
| **2** Cost of goods sold (attach Form 1125-A)............................................. | | **2** | |
| **3** Gross profit. Subtract line 2 from line 1c........................................... | | **3** | 10,856. |
| **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement)................................. | | **4** | |
| **5** Net farm profit (loss) (attach Schedule F (Form 1040))............................ | | **5** | |
| **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797)............. | | **6** | |
| **7** Other income (loss) (attach statement)............................................ | | **7** | |
| **8** Total income (loss). Combine lines 3 through 7................................... | | **8** | 10,856. |

### DEDUCTIONS (SEE INSTRS FOR LIMITATIONS)

| | | | |
|---|---|---|---|
| **9** Salaries and wages (other than to partners) (less employment credits)............ | | **9** | |
| **10** Guaranteed payments to partners.................................................. | | **10** | |
| **11** Repairs and maintenance........................................................... | | **11** | 316. |
| **12** Bad debts........................................................................ | | **12** | |
| **13** Rent............................................................................. | | **13** | |
| **14** Taxes and licenses............................................................... | | **14** | |
| **15** Interest......................................................................... | | **15** | |
| **16a** Depreciation (if required, attach Form 4562)........................ | **16a** | | |
| **b** Less depreciation reported on Form 1125-A and elsewhere on return..... | **16b** | **16c** | |
| **17** Depletion (Do not deduct oil and gas depletion.)................................. | | **17** | |
| **18** Retirement plans, etc............................................................ | | **18** | |
| **19** Employee benefit programs........................................................ | | **19** | |
| **20** Other deductions (attach statement).................................. SEE STATEMENT 1 | | **20** | 50,610. |
| **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20............ | | **21** | 50,926. |
| **22** Ordinary business income (loss). Subtract line 21 from line 8.................... | | **22** | -40,070. |

COPY

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____ ▶ _____
Signature of general partner or limited liability company member manager      Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| PATRICK BOYLE CPA | | | | P00806757 |

Firm's name ▶ BOYLE, DEVENY & MEYER, P.C.     Firm's EIN ▶ 81-0390489
Firm's address ▶ 305 SOUTH 4TH EAST, SUITE 200
MISSOULA, MT 59801     Phone no. (406) 721-3555

BAA For Paperwork Reduction Act Notice, see separate instructions.     PTPA0105L 12/23/14     Form **1065** (2014)

Form 1065 (2014) SCHNEIDER LIMITED PARTNERSHIP 26-1498675 Page 2

| Schedule B | Other Information |

1. What type of entity is filing this return? Check the applicable box:
   - a. ☐ Domestic general partnership
   - b. ☒ Domestic limited partnership
   - c. ☐ Domestic limited liability company
   - d. ☐ Domestic limited liability partnership
   - e. ☐ Foreign partnership
   - f. ☐ Other ►

| | | Yes | No |
|---|---|---|---|
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person?.................................................................. | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership......................................................... | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership......................................................... | | X |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below........................................................... | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below................................ | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details......... | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3...................................... | | X |
| | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)?............................... | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?........................................................... | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction?.................................................................. | | X |
| 10 | At any time during calendar year 2014, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If 'Yes,' enter the name of the foreign country. ► | | X |

PTPA0112L 12/23/14                                                                                    Form **1065** (2014)

Form 1065 (2014)   SCHNEIDER LIMITED PARTNERSHIP   26-1498675   Page **3**

| **Schedule B** | **Other Information** *(continued)* | | |
|---|---|:---:|:---:|
| | | Yes | No |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election?. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instrs | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions   ▶ | | |
| 16 | Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.   ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2014 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | If 'Yes,' did you or will you file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ 0 | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | JOHN SCHNEIDER REV TRUST | Identifying number of TMP ▶ | 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 |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ | (406) 671-1070 |
| Address of designated TMP ▶ | 3611 TOMMY ARMOUR CIR<br>BILLINGS, MT 59106 | | |

COPY

Form **1065** (2014) SCHNEIDER LIMITED PARTNERSHIP 26-1498675 Page **4**

| Schedule K | | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -40,070. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | -26,294. |
| | 3a | Other gross rental income (loss) ........... 3a | | |
| | b | Expenses from other rental activities (attach stmt) .... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | 2. |
| | 6 | Dividends: **a** Ordinary dividends | 6a | |
| | | **b** Qualified dividends ................... 6b | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | 1,256. |
| | b | Collectibles (28%) gain (loss) ............. 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ...... 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions)    Type ▶ | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures:  **(1)** Type ▶ _____  **(2)** Amount ▶ | 13c (2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| **Self-Employment** | 14a | Net earnings (loss) from self-employment | 14a | -40,070. |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions)  Type ▶ | 15d | |
| | e | Other rental credits (see instructions) ..... Type ▶ | 15e | |
| | f | Other credits (see instructions) ...........  Type ▶ | 15f | |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ... ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive category ▶ _____ **e** General category ▶ _____ **f** Other ▶ | 16f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶ _____ **h** Other ▶ | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive category ▶ _____ **j** General category ▶ _____ **k** Other ▶ | 16k | |
| | l | Total foreign taxes (check one):  ▶ Paid ☐  Accrued ☐ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | 16m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 17a | |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties — gross income | 17d | |
| | e | Oil, gas, and geothermal properties — deductions | 17e | |
| | f | Other AMT items (attach stmt) | 17f | |
| **Other Information** | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | 41,000. |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | 2. |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach stmt) | | |

BAA                                                                                                                       Form **1065** (2014)

PTPA0134L  12/23/14

Form 1065 (2014)   SCHNEIDER LIMITED PARTNERSHIP 26-1498675   Page 5

### Analysis of Net Income (Loss)

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l. | | | | 1 | -65,106. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | -65,106. | | | | |
| b Limited partners | | | | | | |

### Schedule L — Balance Sheets per Books

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| Assets | (a) | (b) | (c) | (d) |
| 1 Cash | | 741. | | 19,671. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach stmt) SEE ST 2 | | 2,875,000. | | 2,775,000. |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach stmt) SEE ST 3 | | -17,333. | | 389,669. |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach stmt) | | | | |
| 14 Total assets | | 2,858,408. | | 3,184,340. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach stmt) | | | | |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach stmt) | | | | |
| 21 Partners' capital accounts | | 2,858,408. | | 3,184,340. |
| 22 Total liabilities and capital | | 2,858,408. | | 3,184,340. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -65,106. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest ... $ _____ | | |
| 3 Guaranteed pmts (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation ... $ _____ | | |
| a Depreciation ... $ _____ | | | | |
| b Travel and entertainment ... $ _____ | | 8 Add lines 6 and 7 | | |
| | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | |
| 5 Add lines 1 through 4 | -65,106. | | | -65,106. |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 2,858,408. | 6 Distributions: a Cash | | 41,000. |
| 2 Capital contributed: a Cash | | b Property | | |
| b Property | | 7 Other decreases (itemize): | | |
| 3 Net income (loss) per books | -65,106. | | | |
| 4 Other increases (itemize): STATEMENT 4 | 432,038. | 8 Add lines 6 and 7 | | 41,000. |
| 5 Add lines 1 through 4 | 3,225,340. | 9 Balance at end of year. Subtract line 8 from line 5 | | 3,184,340. |

PTPA0134L 12/23/14   Form **1065** (2014)

| Form **8825** (Rev December 2010) Department of the Treasury Internal Revenue Service | Rental Real Estate Income and Expenses of a Partnership or an S Corporation ► See instructions. ► Attach to Form 1065, Form 1065-B, or Form 1120S. | OMB No. 1545-1186 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| SCHNEIDER LIMITED PARTNERSHIP | 26-1498675 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property — street, city, state, ZIP code | Type — Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| **Rental Real Estate Income** | | | A | B | C | D |
| 2 | Gross rents | 2 | | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest | 9 | | | | |
| 10 | Repairs | 10 | | | | |
| 11 | Taxes | 11 | | | | |
| 12 | Utilities | 12 | | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | | | | |
| 15 | Other (list) ► _____ _____ _____ | 15 | | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 16 | | | | |
| 17 | Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | | | | |

| | | | |
|---|---|---|---|
| 18a | Total gross rents. Add gross rents from line 2, columns A through H | 18a | |
| 18b | Total expenses. Add total expenses from line 16, columns A through H | 18b | |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | -26,294. |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed: | | |

| (1) Name | (2) Employer identification number | |
|---|---|---|
| ONI REALTY INVESTORS, LLC | 27-2910879 | -26,294. |
| | | |

| 21 | Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on: • Form 1065 or 1120S: Schedule K, line 2, or • Form 1065-B: Part I, line 4 | 21 | -26,294. |
|---|---|---|---|

BAA  For Paperwork Reduction Act Notice, see the separate instructions.   SPSZ0101L 03/09/11   Form **8825** (12-2010)

Form 8825 (12-2010)   SCHNEIDER LIMITED PARTNERSHIP   26-1498675   Page 2

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days at fair rental value and days with personal use. See instructions.

| Physical address of each property — street, city, state, ZIP code | Type — Enter code 1-8; see below for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|
| E | | | |
| F | | | |
| G | | | |
| H | | | |

|  | | Properties | | | |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | E | F | G | H |
| 2  Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3  Advertising | 3 | | | | |
| 4  Auto and travel | 4 | | | | |
| 5  Cleaning and maintenance | 5 | | | | |
| 6  Commissions | 6 | | | | |
| 7  Insurance | 7 | | | | |
| 8  Legal and other professional fees | 8 | | | | |
| 9  Interest | 9 | | | | |
| 10  Repairs | 10 | | | | |
| 11  Taxes | 11 | | | | |
| 12  Utilities | 12 | | | | |
| 13  Wages and salaries | 13 | | | | |
| 14  Depreciation (see instructions) | 14 | | | | |
| 15  Other (list) ▶ | 15 | | | | |
| 16  Total expenses for each property. Add lines 3 through 15 | 16 | | | | |
| 17  Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | | | | |

**Allowable Codes for Type of Property**
1 — Single Family Residence
2 — Multi-Family Residence
3 — Vacation or Short-Term Rental
4 — Commercial
5 — Land
6 — Royalties
7 — Self-Rental
8 — Other (include description with the code on Form 8825 or on a separate statement)

BAA   SPSZ0102L  01/07/11   Form **8825** (12-2010)

**Schedule D**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

► Attach to Form 1065 or Form 8865.   ► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.
► Information about Schedule D (Form 1065) and its separate instructions is at *www.irs.gov/form1065*.

OMB No. 1545-0123

**2014**

| Name of partnership | Employer identification number |
|---|---|
| SCHNEIDER LIMITED PARTNERSHIP | 26-1498675 |

## Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | **(h)** Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b. | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked. | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked. | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked. | | | | |

| | | |
|---|---|---|
| **4** Short-term capital gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** Short-term capital gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts | **6** | |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). Enter here and on Form 1065, Schedule K, line 8 or 11; or Form 8865, Schedule K, line 8 or 11 | **7** | |

## Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h)** Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b. | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked. | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked. | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked. | 2,555. | 1,299. | | 1,256. |

| | | |
|---|---|---|
| **11** Long-term capital gain from installment sales from Form 6252, line 26 or 37 | **11** | |
| **12** Long-term capital gain or (loss) from like-kind exchanges from Form 8824 | **12** | |
| **13** Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts | **13** | |
| **14** Capital gain distributions (see instructions) | **14** | |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Enter here and on Form 1065, Schedule K, line 9a or 11; or Form 8865, Schedule K, line 9a or 11 | **15** | 1,256. |

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    Schedule **D** (Form 1065) 2014

PTPA0201L   12/03/14

Form **8949** (2014)     Attachment Sequence No. **12A**   Page **2**

| Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side. | SSN or taxpayer identification no. |
|---|---|
| SCHNEIDER LIMITED PARTNERSHIP | 26-1498675 |

Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either may show your basis (usually your cost) even if your broker did not report it to the IRS. Brokers must report basis to the IRS for most stock you bought in 2011 or later (and for certain debt instruments you bought in 2014 or later).

**Part II**   **Long-Term.** Transactions involving capital assets you held more than 1 year are long term. For short-term transactions, see page 1.

**Note.** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the total directly on Schedule D, line 8a; you are not required to report these transactions on Form 8949 (see instructions).

You *must* check Box D, E, *or* F below. Check only one box. If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

☐ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)

☐ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis was **not** reported to the IRS

☒ **(F)** Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold or disposed (Mo, day, yr) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the Note below and see Column (e) in the separate instructions | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| LOSS ON PARTNERSHIP INV. - 45-2989420 | VARIOUS | VARIOUS | 0. | 1,299. | | | -1,299. |
| CAPITAL GAIN ON LIQUIDATION OF PARTNERSH | VARIOUS | VARIOUS | 2,555. | 0. | | | 2,555. |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 8b** (if **Box D** above is checked), **line 9** (if **Box E** above is checked), or **line 10** (if **Box F** above is checked) ▶ | | | 2,555. | 1,299. | | 0. | 1,256. |

**Note.** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

FDIA9212L 12/10/14     Form **8949** (2014)

651113
☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

| Schedule K-1 (Form 1065) | 2014 | Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____, 2014 ending _____,

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
26-1498675

**B** Partnership's name, address, city, state, and ZIP code

SCHNEIDER LIMITED PARTNERSHIP
3611 TOMMY ARMOUR CIRCLE
BILLINGS, MT 59102

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
26-1498591

**F** Partner's name, address, city, state, and ZIP code

SCHNEIDER MANAGEMENT, LLC
3611 TOMMY ARMOUR CIR
BILLINGS, MT 59106

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ........ INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ............ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 1 % | 1 % |
| Loss | 1 % | 1 % |
| Capital | 1 % | 1 % |

**K** Partner's share of liabilities at year end:

Nonrecourse.......................... $
Qualified nonrecourse financing........ $
Recourse........................... $

**L** Partner's capital account analysis:

Beginning capital account............ $ 59,583.
Capital contributed during the year..... $
Current year increase (decrease)...... $ 3,670.
Withdrawals & distributions.......... $
Ending capital account .............. $ 63,253.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| 1 | Ordinary business income (loss) -400. | 15 | Credits |
| 2 | Net rental real estate income (loss) -262. | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) 12. | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) A -400. | | |

*See attached statement for additional information.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.   Schedule K-1 (Form 1065) 2014
PTPA0312L  11/28/14

Schedule K-1 (Form 1065) 2014     SCHNEIDER LIMITED PARTNERSHIP     26-1498675     Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2. Net rental real estate income (loss)** — See the Partner's Instructions

**3. Other net rental income (loss)**
- Net income — Schedule E, line 28, column (g)
- Net loss — See the Partner's Instructions

**4. Guaranteed payments** — Schedule E, line 28, column (j)
**5. Interest income** — Form 1040, line 8a
**6a. Ordinary dividends** — Form 1040, line 9a
**6b. Qualified dividends** — Form 1040, line 9b
**7. Royalties** — Schedule E, line 4
**8. Net short-term capital gain (loss)** — Schedule D, line 5
**9a. Net long-term capital gain (loss)** — Schedule D, line 12
**9b. Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
**9c. Unrecaptured section 1250 gain** — See the Partner's Instructions
**10. Net section 1231 gain (loss)** — See the Partner's Instructions
**11. Other income (loss)**

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

**12. Section 179 deduction** — See the Partner's Instructions

**13. Other deductions**

| Code | | Report on |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 Instructions |
| U | Qualified production activities income | Form 8903, line 7b |
| V | Employer's Form W-2 wages | Form 8903, line 17 |
| W | Other deductions | See the Partner's Instructions |

**14. Self-employment earnings (loss)**

Note. *If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.*

| | | |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15. Credits**

| | | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73; check box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | |

| Code | | Report on |
|---|---|---|
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

**16. Foreign transactions**

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

*Foreign gross income sourced at partnership level*

| | | |
|---|---|---|
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at partner level*

| | | |
|---|---|---|
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at partnership level to foreign source income*

| | | |
|---|---|---|
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*

| | | |
|---|---|---|
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

**17. Alternative minimum tax (AMT) items**

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**18. Tax-exempt income and nondeductible expenses**

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19. Distributions**

| | | |
|---|---|---|
| A | Cash and marketable securities | |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

**20. Other information**

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest — completed long-term contracts | See Form 8697 |
| K | Look-back interest — income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | See the Partner's Instructions |
| R | Interest allocable to production expenditures | |
| S | CCF nonqualified withdrawals | |
| T | Depletion information — oil and gas | |
| U | Reserved | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Section 108(i) information | |
| Y | Net investment income | |
| Z | Other information | |

SCHNEIDER MANAGEMENT, LLC   26-1498591

PTPA0312L  11/28/14     Schedule **K-1** (Form 1065) 2014

COPY

Page intentionally left blank

651113

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2014**
For calendar year 2014, or tax
year beginning _____, 2014
ending _____,

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −19,835. | 15 | Credits |
| 2 | Net rental real estate income (loss) −13,016. | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income  1. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss)  622. | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| | | A | 41,000. |
| 13 | Other deductions | 20 | Other information |
| | | A | 1. |
| 14 | Self-employment earnings (loss) | | |
| A | −19,835. | | |

**Part I  Information About the Partnership**

A Partnership's employer identification number
26-1498675

B Partnership's name, address, city, state, and ZIP code
SCHNEIDER LIMITED PARTNERSHIP
3611 TOMMY ARMOUR CIRCLE
BILLINGS, MT 59102

C IRS Center where partnership filed return
E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E Partner's identifying number
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

F Partner's name, address, city, state, and ZIP code
JOHN SCHNEIDER REV TRUST
3611 TOMMY ARMOUR CIR
BILLINGS, MT 59106

G ☒ General partner or LLC member-manager     ☐ Limited partner or other LLC member

H ☒ Domestic partner     ☐ Foreign partner

I1 What type of entity is this partner? ........ INDIVIDUAL

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 49.5 % | 49.5 % |
| Loss | 49.5 % | 49.5 % |
| Capital | 49.5 % | 49.5 % |

K Partner's share of liabilities at year end:
Nonrecourse.................... $ _____
Qualified nonrecourse financing....... $ _____
Recourse...................... $ _____

L Partner's capital account analysis:
Beginning capital account............ $   1,266,538.
Capital contributed during the year..... $ _____
Current year increase (decrease)....... $    181,631.
Withdrawals & distributions.......... $ (    41,000.)
Ending capital account.............. $   1,407,169.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions).

*See attached statement for additional information.

FOR IRS USE ONLY

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2014
PTPA0312L  11/28/14

234