EXHIBIT N

Womack proposed distribution of assets in John H Schneider Jr Chapter 7 bankruptcy 8/2018.

14-61357-JDP Doc#: 592-4 Filed: 08/09/18 Entered: 08/09/18 16:53:21 Page 1 of 7
Case 1:17-cr-00077-SPW Document 58-14 Filed 09/04/18 Page 2 of 8

Printed: 08/09/18 01:53 PM                                                                                         Page: 1

# Claims Proposed Distribution

## Case: 14-61357-7   SCHNEIDER, JOHN HENRY

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $1,009,356.17     **Total Proposed Payment:** $1,009,356.17     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| EST | Atty fees for Goetz Baldwin Geddes | Admin Ch. 7 | 277,688.68 | 277,688.68 | 0.00 | 277,688.68 | 277,688.68 | 731,667.49 |
| | <3210-00   Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | **Claim Memo:**   outstanding atty fees and costs for settlement and WWR sale | | | | | | | |
| EST | Atty fees for Waller & Womack | Admin Ch. 7 | 68,800.00 | 68,800.00 | 0.00 | 68,800.00 | 68,800.00 | 662,867.49 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | **Claim Memo:**   outstanding atty fees and costs for settlement and WWR sale | | | | | | | |
| EST | Estimated Outstanding Trustee expenses incurred to date | Admin Ch. 7 | 14,400.00 | 14,400.00 | 0.00 | 14,400.00 | 14,400.00 | 648,467.49 |
| | <2200-00   Trustee Expenses> | | | | | | | |
| | **Claim Memo:**   and estimated costs through distribution | | | | | | | |
| EST | Estimated Trustee Fees | Admin Ch. 7 | 77,688.50 | 77,688.50 | 0.00 | 77,688.50 | 77,688.50 | 570,778.99 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| EST | Estimated required accounting fees | Admin Ch. 7 | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 | 569,278.99 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | **Claim Memo:**   Final tax return to be prepared for estate. No anticipated tax due. | | | | | | | |
| COURT | US Bankruptcy Court | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 568,928.99 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:**   $350 filing fee for AP against Rod Griffeth re WWR contract | | | | | | | |
| 1 | STEPHEN KLINE | Unsecured | 2,823.91 | 2,823.91 | 0.00 | 2,823.91 | 219.87 | 568,709.12 |
| | **Claim Memo:**   03/15/17 ok ll, legal fees | | | | | | | |
| 4 | RON JUROVICH | Unsecured | 17,062.50 | 17,062.50 | 0.00 | 17,062.50 | 1,328.48 | 567,380.64 |
| | **Claim Memo:**   03/15/17 ok ll, legal fees | | | | | | | |
| 11 | STATE OF WYOMING BOARD OF MEDICINE | Unsecured | 149,431.39 | 149,431.39 | 0.00 | 149,431.39 | 11,634.67 | 555,745.97 |
| | **Claim Memo:**   Allowed per Dkt 385 | | | | | | | |
| 14 | MICHAEL GREEN | Unsecured | 337,792.00 | 337,792.00 | 0.00 | 337,792.00 | 26,300.37 | 529,445.60 |
| | **Claim Memo:**   allowed dkt 403 | | | | | | | |
| | Obj 257 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| | Obj 268 w/d per stip dkt 341 order at dkt 353 | | | | | | | |
| 16 | ANNETTE THOMAS | Unsecured | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 77,859.65 | 451,585.95 |
| | **Claim Memo:**   allowed dkt 403 | | | | | | | |
| | Obj dkt 237 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| | obj dkt 260 w/d per stip dkt 341order at dkt 353 | | | | | | | |
| 17 | HARLEY MORRELL | Unsecured | 300,000.00 | 300,000.00 | 0.00 | 300,000.00 | 23,357.89 | 428,228.06 |
| | **Claim Memo:**   allowed dkt 403, amnd Dkt 377 | | | | | | | |
| | obj dkt 261 resolved stip DKt 366 appv dkt 377 | | | | | | | |
| | obj dkt 274 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |

EXHIBIT C

14-61357-JDP Doc#: 592-4 Filed: 08/09/18 Entered: 08/09/18 16:53:21 Page 2 of 7
Case 1:17-cr-00077-SPW Document 58-14 Filed 09/04/18 Page 3 of 8

Printed: 08/09/18 01:53 PM                                                                                          Page: 2

## Claims Proposed Distribution

### Case: 14-61357-7   SCHNEIDER, JOHN HENRY

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $1,009,356.17   **Total Proposed Payment:** $1,009,356.17   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 18 | SCHERRY LEE | Unsecured | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 77,859.65 | 350,368.41 |
| | Claim Memo: allowed dkt 403 obj dkt 263 w/d per stip dkt 341order at dkt 353 obj dkt 275 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| 19 | BEVERLEY CURTIS | Unsecured | 1,500,000.00 | 1,500,000.00 | 0.00 | 1,500,000.00 | 116,789.47 | 233,578.94 |
| | Claim Memo: allowed dkt 403 obj dkt 264 w/d per stip dkt 341order at dkt 353 obj dkt 276 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| 20 | HARRY ALLAN KNOPP AND JO ANN KNOPP | Unsecured | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 77,859.65 | 155,719.29 |
| | Claim Memo: allowed dkt 403 Obj dkt 265 w/d per stip dkt 341 order at dkt 353 obj dkt 277 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| 21 | ESTATE OF RUSSELL MONACO | Unsecured | 2,000,000.00 | 2,000,000.00 | 0.00 | 2,000,000.00 | 155,719.29 | 0.00 |
| | Claim Memo: allowed dkt 403 obj dkt 238 w/d per stip dkt 383, hrg dkt 385 obj dkt 267 w/d per stip dkt 341 order at dkt 353 | | | | | | | |
| | **Total for Case 14-61357-7 :** | | **$7,747,536.98** | **$7,747,536.98** | **$0.00** | **$7,747,536.98** | **$1,009,356.17** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $440,427.18 | $440,427.18 | $0.00 | $440,427.18 | 100.000000% |
| **Total Unsecured Claims :** | $7,307,109.80 | $7,307,109.80 | $0.00 | $568,928.99 | 7.785965% |

237

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

In re: SCHNEIDER, JOHN HENRY § Case No. 14-61357-7
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 1,888,723.70 |
| *and approved disbursements of* | $ 879,367.53 |
| *leaving a balance on hand of* [1] | $ 1,009,356.17 |
| **Balance on hand:** | $ 1,009,356.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,009,356.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Estimated Trustee Fees | 77,688.50 | 0.00 | 77,688.50 |
| Trustee, Expenses - Estimated Outstanding Trustee expenses incurred to date | 14,400.00 | 0.00 | 14,400.00 |
| Attorney for Trustee, Fees - Atty fees for Goetz Baldwin Geddes | 277,688.68 | 0.00 | 277,688.68 |
| Attorney for Trustee, Expenses - GOETZ, BALDWIN & GEDDES PC | 13,544.21 | 13,544.21 | 0.00 |
| Accountant for Trustee, Fees - Estimated required accounting fees | 1,500.00 | 0.00 | 1,500.00 |
| Accountant for Trustee, Expenses - Sherill Frickle | 55.40 | 55.40 | 0.00 |
| Auctioneer Fees - BKAssets.com, LLC | 285.00 | 285.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

238

| | | | |
|---|---:|---:|---:|
| Auctioneer Expenses - BKAssets.com, LLC | 692.46 | 692.46 | 0.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other Fees: Live Water Properties | 26,250.00 | 26,250.00 | 0.00 |
| Other Expenses: Charles Fisher Court Reporting | 797.85 | 797.85 | 0.00 |
| Trustee, Expenses - JOSEPH V. WOMACK, TRUSTEE | 10,751.22 | 10,751.22 | 0.00 |
| Attorney for Trustee Fees - Atty fees for Waller & Womack | 68,800.00 | 0.00 | 68,800.00 |
| Attorney for Trustee Fees - GOETZ, BALDWIN & GEDDES PC | 208,114.34 | 208,114.34 | 0.00 |
| Attorney for Trustee Fees - JOSEPH V. WOMACK | 52,028.59 | 52,028.59 | 0.00 |
| Attorney for Trustee Fees - Patten, Peterman, Bekkedahl & Green PLLC | 2,558.00 | 2,558.00 | 0.00 |
| Attorney for Trustee Expenses - Patten, Peterman, Bekkedahl & Green PLLC | 23.87 | 23.87 | 0.00 |
| Accountant for Trustee, Fees - Sherill Frickle | 3,780.00 | 3,780.00 | 0.00 |
| Auctioneer Fees - MUSSER BROTHERS AUCTIONEERS | 26,467.00 | 26,467.00 | 0.00 |
| Auctioneer Expenses - MUSSER BROTHERS AUCTIONEERS | 8,848.78 | 8,848.78 | 0.00 |

Total to be paid for chapter 7 administration expenses: **$ 440,427.18**
Remaining balance: **$ 568,928.99**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$ 0.00**
Remaining balance: **$ 568,928.99**

**UST Form 101-7-NFR (10/1/2010)**

239

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $177,482.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25P-2 | MT DEPARTMENT OF REVENUE | 177,482.42 | 177,482.42 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 568,928.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,307,109.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | STEPHEN KLINE | 2,823.91 | 0.00 | 219.87 |
| 2 | CHARLES BEAUCHOT | 0.00 | 0.00 | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 4 | RON JUROVICH | 17,062.50 | 0.00 | 1,328.48 |
| 5 | MARGERY GAAB | 0.00 | 0.00 | 0.00 |
| 6 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 0.00 | 0.00 | 0.00 |
| 7 | WESTERN SAGE CPA PC | 0.00 | 0.00 | 0.00 |
| 8 | WESTERN SAGE CPA PC | 0.00 | 0.00 | 0.00 |
| 9 | WESTERN SAGE CPA PC | 0.00 | 0.00 | 0.00 |
| 10 -2 | MERIDIAN SURGICAL PARTNERS-MONTANA, LLC & MERIDIAN | 0.00 | 0.00 | 0.00 |
| 11 | STATE OF WYOMING BOARD OF MEDICINE | 149,431.39 | 0.00 | 11,634.67 |
| 12 | CARROL JOHNSON | 0.00 | 0.00 | 0.00 |
| 13 | JAY WINZENRIED | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 14 | MICHAEL GREEN | 337,792.00 | 0.00 | 26,300.37 |
| 15 | WALT MORRIS | 0.00 | 0.00 | 0.00 |
| 16 | ANNETTE THOMAS | 1,000,000.00 | 0.00 | 77,859.65 |
| 17 | HARLEY MORRELL | 300,000.00 | 0.00 | 23,357.89 |
| 18 | SCHERRY LEE | 1,000,000.00 | 0.00 | 77,859.65 |
| 19 | BEVERLEY CURTIS | 1,500,000.00 | 0.00 | 116,789.47 |
| 20 | HARRY ALLAN KNOPP AND JO ANN KNOPP | 1,000,000.00 | 0.00 | 77,859.65 |
| 21 | ESTATE OF RUSSELL MONACO | 2,000,000.00 | 0.00 | 155,719.29 |
| 22 | SERVICE MASTER OF BILLINGS | 0.00 | 0.00 | 0.00 |
| 23 | SHERRI AND LARRY RASMUSSEN | 0.00 | 0.00 | 0.00 |
| 24 | MR. AND MRS. RICHARD KENT | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: **$ 568,928.99**
Remaining balance: **$ 0.00**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 26 | ONI REALTY INVESTORS, LLC | 0.00 | 0.00 | 0.00 |
| 27 | ONI REALTY INVESTORS, LLC | 0.00 | 0.00 | 0.00 |
| 28 | ONI REALTY INVESTORS, LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: **$ 0.00**
Remaining balance: **$ 0.00**

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 15,931.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25U-2 | MT DEPARTMENT OF REVENUE | 15,931.68 | 0.00 | 0.00 |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

Prepared By: /s/JOSEPH V. WOMACK, TRUSTEE
Trustee

JOSEPH V. WOMACK, TRUSTEE
SUITE 805 US BANK BLDG
303 N. BROADWAY
BILLINGS, MT 59101
(406) 252-7200
jwomack@jvwlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**