EXHIBIT P

John H Schneider previous misdemeanor conviction 1991

# IN THE MUNICIPAL COURT OF BURBANK JUDICIAL DISTRICT

## COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

| | |
|---|---|
| The People of the State of California, Plaintiff, vs. JOHN HENRY SCHNEIDER JR. Defendant | M.C. No. D.A. No. 91M00029 COMPLAINT – Misdemeanor |

COUNT I   The undersigned declarant and complainant states that he is informed and believes and upon such information and belief declares that on or about   December 25, 1990   , at and in the above-entitled Judicial District, in the County of Los Angeles, State of California, a misdemeanor, to wit,   a violation of Section 12031(a) of the Penal Code of the State of California,

was committed by   JOHN HENRY SCHNEIDER JR.

who did willfully and unlawfully   carry a loaded firearm on his/her person or in a vehicle while in a public place.

Burbank Police Report #DR _____ dated _____ is attached hereto and incorporated by reference as though fully set forth herewith.

   Said declarant and complainant therefore prays that a warrant may be issued for the arrest of said defendant who may then be dealt with according to law.

   Executed on _____ in the County of Los Angeles, State of California.

   I declare upon information and belief that the foregoing is true and correct.

_____
Declarant and Complainant

INVESTIGATING AGENCY   Burbank Police Department

WITNESSES

248

| Case Number: | BUR91M0029-01 |
| --- | --- |
| Defendant Name: | SCHNEIDER, JOHN HENRY JR |
| Violation Date: | |
| Filing Date: | January 3, 1991 |
| Courthouse: | Burbank Courthouse |

## CASE INFORMATION

| Count | Charge Section | Charge Statute | Plea | Disposition | Disposition Date |
| --- | --- | --- | --- | --- | --- |
| 01 | 12031(A) | Penal Code | | Dismissed or Not Prosecuted | 02/08/1991 |
| 02 | 12025(B) | Penal Code | | Dismissed or Not Prosecuted | 02/08/1991 |
| 03 | 415 | Penal Code | | Guilty/Convicted | 02/08/1991 |

## EVENTS

**Upcoming Scheduled Events**

None

**Past Events**

None

## BAIL

No Information Found

## SENTENCING INFORMATION

THE INFORMATION PROVIDED ON THIS WEBSITE CONTAINS ONLY AN EXTRACTION FROM THE COURT RECORD. IT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A FULL AND COMPLETE RECORD OF COURT PROCEEDINGS.

No Information Found

**State of California**

**PENAL CODE**

**Section 415**

---

415. Any of the following persons shall be punished by imprisonment in the county jail for a period of not more than 90 days, a fine of not more than four hundred dollars ($400), or both such imprisonment and fine:

(1) Any person who unlawfully fights in a public place or challenges another person in a public place to fight.

(2) Any person who maliciously and willfully disturbs another person by loud and unreasonable noise.

(3) Any person who uses offensive words in a public place which are inherently likely to provoke an immediate violent reaction.

(Amended by Stats. 1983, Ch. 1092, Sec. 283. Effective September 27, 1983. Operative January 1, 1984, by Sec. 427 of Ch. 1092.)