EXHIBIT Q

John Smith communication with US Marshals and defendant.

**FW: Smith & Stephens client designated to San Diego MCC**

John Smith <john@smithstephens.com>
Wed 8/29/2018, 4:18 PM
To: omnineuro@live.com <omnineuro@live.com>
Cc: Dan Kamienski <dan@smithstephens.com>

John, below is what we found out from the U.S. Marshall. Should help you to know what you need to focus on with your unit people.

John

**From:** Wollschlager, David (USMS) [mailto:David.Wollschlager@usdoj.gov]
**Sent:** Wednesday, August 29, 2018 2:17 PM
**To:** John Smith <john@smithstephens.com>
**Cc:** Dan Kamienski <dan@smithstephens.com>
**Subject:** RE: Smith & Stephens client designated to San Diego MCC

Mr. Smith,

Please see the response below from BOP...

Per the designator...
He was not designated to TAF SCP based on the moderate detainer.

Moderate Detainer?

It's because of the firearm charge without a disposition. Offenses involving a weapon is scored as a moderate and because there's no disposition, we had to score the charge as pending. My supervisor advised this is an issue that will have to be reviewed/addressed at the institution. Hopes this helps.

Thanks

**From:** John Smith [mailto:john@smithstephens.com]
**Sent:** Wednesday, August 29, 2018 10:10 AM
**To:** Wollschlager, David (USMS) <DWollschlager@usms.doj.gov>
**Cc:** Dan Kamienski <dan@smithstephens.com>
**Subject:** Smith & Stephens client designated to San Diego MCC

David, thank you so much for the call back. Our client, John Henry Schneider, was recently sentenced by Judge Watters to 24 months in prison. He committed bankruptcy fraud by failing to disclose to the BK trustee a bank account over which he had control. It is a voluntary surrender. Friday we received the letter from the U.S. Marshall Service indicating that instead of a camp he has been designated to "MCC San Diego, " a Metropolitan Correctional Center" in the middle of San Diego near where he resides with his wife and their youngest child. This designation was despite the Judge's recommendation for Taft CI, where there is a minimum security camp. My research tells me this sort of placement is pretty ugly. (See excerpt from Alan Ellis' book on federal prisons) I am sure you know all about this

sort of designation already.

Our client is in his mid-fifties, no criminal history, etc. I called the designation center in Grand Prairie, TX and got two prompts that provided a message that decisions about changes in facility designation reside with the inmate's case manager/unit team, then I was directed me to BOP.gov, and the line went dead.

I took a deep dive into the BOP site, and in particular BOP Program Statement P5100.08, and I can find nothing on how a guy who would score as low as you can get on their SENTRY classification system can get sent to an MCC instead of a minimum camp. I realize he is likely going to have to report to this MCC in San Diego and then right away begin seeking a transfer through his Unit folks. If there is any way you could get word in to the folks who will be his case managers at MCC San Diego to see if he can be transferred to Taft or another FCI with a camp, we (and especially John Schneider) would appreciate that very much. Time served at this MCC looks like hard time to me.

Thank you so much David. Really appreciate anything you can do.

John



John E. Smith
SMITH & STEPHENS, P.C.
Law Offices in Downtown Missoula
315 West Pine Street
Missoula, MT  59802
telephone: (406) 721-0300
   telefax: (406) 721-5370
www.smithandstephenspc.com

**Confidentiality Statement & Notice**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and intended only for the use of the individual or entity to whom it is addressed as it may contain confidential and legally privileged information subject to the attorney/client privilege. E-mail transmission is not intended to waive the attorney-client privilege or any other privilege. Any review, retransmission, dissemination to unauthorized persons or  other use of the original message and any attachments is strictly prohibited. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete the message. Thank you for your cooperation.