FILED
AUG 27 2018
Clerk, U.S. Courts
District Of Montana
Billings Division

JOHN E. SMITH
COLIN M. STEPHENS
Smith & Stephens, P.C.
315 W. Pine
Missoula, MT 59802
Phone: (406) 721-0300
john@smithstephens.com
colin@smithstephens.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 17-77-BLG-SPW |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S CONSENT TO ALLOW WITHDRAWAL OF COUNSEL OF RECORD** |
| JOHN HENRY SCHNEIDER, | |
| Defendant | |

I, John Henry Schneider, consent to John E. Smith and Colin M. Stephens, Smith & Stephens, P.C., withdrawing as counsel of record in my case. I understand, pursuant to Local Rule 83.3(b)(2)(a), it is my obligation immediately to retain new counsel or appear *pro se* in case, or in the event of, any further proceedings in this matter.

-1-

Exhibit A

DATED this 25 day of August, 2018.

_____
John Henry Schneider, M.D.
543 Camino De Orchidia
Encinitas, CA 92024

-2-

Exhibit A