IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff-Appellee,<br><br>vs.<br><br>JOHN HENRY SCHNEIDER,<br><br>　　　Defendant-Appellant. | Ninth Cir. No. 18-30187<br><br>Case No. CR 17-77-BLG-SPW |

**ORDER APPOINTING COUNSEL ON APPEAL**

Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit dated October 4, 2018.

**IT IS HEREBY ORDERED** that Criminal Justice Act Panel Attorney Joshua Van de Wetering, P.O. Box 7575, Missoula, MT 59807-7575, is appointed to represent John Henry Schneider for all proceedings on appeal.

The Clerk of Court for the District of Montana, Great Falls Division, is directed to forward a copy of this order to Molly Dwyer, Clerk of Court for the Ninth Circuit Court of Appeals, and to John Henry Schneider.

The District Clerk shall process the CJA appointment and send a copy of this Order, and a copy of the Ninth Circuit's Scheduling Order dated October 4, 2018, and

a copy of the Ninth Circuit's Supplemental Order dated October 5, 2018, including the attachments, to Criminal Justice Act Panel Attorney Joshua Van de Wetering.

DATED this 11th day of October, 2018.

John Johnston
United States Magistrate Judge