FILED

NOV 06 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JOHN HENRY SCHNEIDER, Defendant-Appellant. | No. 18-30187 D.C. No. 1:17-cr-00077-SPW District of Montana, Billings ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, Joshua Van de Waring, Esq., to be relieved as counsel of record (Doc. Entry No. 17) is granted.

The Clerk shall amend this court's docket to reflect that counsel Joshua Van de Waring Esq., is no longer appellant's appointed counsel of record for this appeal.

On October 31, 2018, Stephen N. Preziosi, Esq., entered his appearance as appellant's retained counsel of record. Appellant's in forma pauperis status is revoked.

Briefing remains suspended pending further order of the court.