
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HENRY SCHNEIDER,<br><br>Defendant. | CR 17-77-BLG-SPW<br><br>ORDER GRANTING MOTION FOR DIRECT DISBURSAL OF RESTITUTION FUNDS TO UNSECURED CREDITORS OF BANKRUPTCY ESTATE |
|---|---|

This matter comes before the Court on the United States' Motion for Direct Disbursal of Restitution Funds to Unsecured Creditors of the Bankruptcy Estate. Good cause appearing in support thereof,

IT IS ORDERED that the United States' motion is GRANTED. The Bankruptcy Trustee is ordered to return the $35,000 paid in restitution to the bankruptcy estate to the Clerk of the United States District Court, District of Montana, Billings Division. The Clerk is hereby ordered to distribute the restitution to the claimants on a *pro rata* basis as follows:

| Name and Address | Pro Rata Payment |
|---|---|
| Kline<br>Cheyenne, WY | .04% |

1

| | |
|---|---|
| Jurovich<br>Thermopolis, WY | .23% |
| State of Wyoming Board of Medicine<br>Cheyenne, WY | 2.05% |
| Green<br>Upton, WY | 4.62% |
| Thomas<br>Billings, MT | 13.69% |
| Morrell<br>Billings, MT | 4.11% |
| Lee<br>Billings, MT | 13.69% |
| Curtis<br>Billings, MT | 20.53% |
| Knopp<br>Billings, MT | 13.69% |
| Estate of Monaco<br>Billings, MT | 27.37% |

Dated this 19th day of December, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge