**FILED**

FEB 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>JOHN HENRY SCHNEIDER,<br><br>    Defendant-Appellant. | No. 18-30187<br><br>D.C. No. 1:17-cr-00077-SPW-1<br>District of Montana, Billings<br><br>ORDER |

Before: LEAVY and HURWITZ, Circuit Judges.

Appellant's motion to delay appellant's surrender date is denied (Docket Entry No. 30).

No further requests for a delay or for a stay of appellant's surrender date will be entertained.

The opening brief and excerpts of record remain due March 19, 2019; the answering brief remains due April 19, 2019; the optional reply brief is due within 21 days after service of the answering brief.

FG/MOATT